FILED
CLERK, U.S. DISTRICT COURT

**5/28/2020**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

L/N

1  Derrick S. Lee

2  e92m3lighting@gmail.com

3  710 Silver Valley Trail

4  Walnut, California 91789

5  Telephone: (909) 896-1858

6  Defendant in Pro Se

7

8                 UNITED STATES DISTRICT COURT (1st Amended)

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11  Amazon.com, Inc.,                      § Case No.  2:20-cv-04747-PA(PLAx)

12  a Delaware corporation,                § NOTICE OF REMOVAL UNDER 28 U.S.C § 1441(b)

13                                         § DIVERSITY BY DERRICK S. LEE

14              Petitioner,                §

15          v.                             §[Filed concurrently with Civil Cover Sheet and Notice of

16  Derrick S. Lee,                        § Interested Parties]

17  an individual,                         §

18                                         §

19              Respondent.                § Petition Filed: January 30, 2020

20                                         §

21  _____     §

22

23

24

25

26

27

28

RECEIVED
CLERK, U.S. DISTRICT COURT

**5/27/2020**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

Add Page

NOTICE OF REMOVAL BY DERRICK S. LEE

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to **28 U.S.C. §§ 1332, 1441, 1446**, Defendant Derrick S. Lee, hereby removes this civil action from the Superior Court of California for the county of Los Angeles, where it is currently pending as Case No. 20STRO00703, to the United States District Court for the Central District of California, Western Division.

This court has original jurisdiction over this action under **28 U.S.C § 1332(a)** on the grounds that **complete diversity** exists between all parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff Amazon.com, Inc. is a Delaware corporation with its principle place of business in Seattle, Washington, and Defendant Derrick S. Lee, is and has been at all relevant times, a permanent resident, and citizen of the State of California.

### BACKGROUND

Defendant, Derrick S. Lee, denies all allegations along with statue of limitations affirmative defense and unclean hands defense against amazondotcom.xml (a stalking backdoor) attached hereto as **Exhibit 0 and 1.** Defenses are defined. The plaintiff (amazondotcom.xml) strikes defendant on a daily basis. On January 30, 2020, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled, Amazon.com, Inc., v. Derrick Lee, as Case Number 20STRO00703. Pursuant to **28 U.S.C § 1446(a)** a copy of petition is attached hereto as **Exhibit 2. 18 U.S.C § 2261A, the Plaintiff without any consent already commited a federal felony by crossing state lines to stalk another person. Unfortunately, Amazon.com, Inc., does not fulfill its core promise of providing privacy for its customers.**

### GROUNDS FOR REMOVAL

As set forth more fully below, this Court has subject matter jurisdiction under **28 U.S.C § 1332,** which confers original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between ... citizens of different States and in which citizens or subjects of a foreign state are additional parties[.]". **On form MC-030, it states "TRO", as a TRO (Temporary Restraining Order) without notice, is the definition of an Injunction or Federal Rule 65 which indeed is Federal Question Jurisdiction. The Title of Federal Rule 65 is "Injunctions and Restraining Order". On form WV-110, the title is "Temporary Restraining Order" to further prove Federal Question Jurisdiction**

I.      **The Amount-In Controversy Requirement is Satisified.**

"In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation." Cohn v. Petsmarts, Inc., 281 F.3d 837, 840 (9th Cir. 2002) (quoting Hunt v. Wash. State Apple Advert. Comm'n 432 U.S. 333, 347 (1977)). The Ninth Circuit employs the "either viewpoint" test to termine the value of the litigation. Corral v. Select Portfolio Servicing, Inc., 878 F.3d 770, 775 (9th Cir. 2017). "Under the 'either viewpoint' rule, the test for determining the amount in controversy is the pecuniary result to either party which the judgment would directly produce." In re Ford Motor Co./Citibank, 264 F.3d 952, 959 (9th Cir. 2001). This determination may be made upon either what the **plaintiff may gain in gross sales, or what the defendant may lose. Under 28 U.S.C § 1446(b),** a defendant has thirty days to remove if the complaint reveals a basis for removal. If the complaint or any other **paper** on its face does not provide the basis for removal and the defendant's own investigation discovered grounds for removal, then defendant can remove the case up to one year after the commencement of the action.

Amazon.com, Inc., a corporation, generates more than $200,000,000 per year as a reasonable estimate, Amazon.com, Inc., generates more than $75,000 in profits per day and as a result, the amount in controversy substiantially exceeds $75,000. Where injunctive relief is <u>sought</u>, the value of the object of the underlying litigation determines the amount in controversy. Illegal proceeds defined as a corporation is a direct result of an illegally obtained ex-parte protection order, also as a entire corporation. TRO started on 1/30/2020, which would make the TRO'S duration at 100 days. At $75,000 daily, for example, Day 1 $75,000, Day 2 $150,000, etc. on day 100, the total amount in controversy is $7,500,000, which well exceeds **$75,000.** Amount in controversy is calculated at the **time of removal** to federal court which is 100 days from 1/30/2020 to 5/12/2020 totaling 100 days as a **corporation filed petition**. "If a plaintiff makes a 'unspecified demand for damages in a state court, a removing defendant must prove by a preponderance of evidence that the amount in controversy exceeds the jurisdictional requirement." "The plaintiff must in their petition formally and expressly disclaim any entitlement to $74,999.99, and categorically state the plaintiff will never accept more. Otherwise a plaintiff will find himself/herself in a federal court.............................................. without notice all of a sudden and **completely** out of no where"

## II.    The Other Prerequisites for Removal Are Satisfied.

This notice of removal is timely filed. If a defendant learns during discovery that the amount in controversy exceeds $75,000, defendant can remove even though the 30-day windows for removal has closed. Nevertheless, the defendant still must seek removal removal within 30 days of obtaining the new information indicating satisfaction of the jurisdictional amount **28 U.S.C § 1446(c)(3)(A).** The defendant has 30 days to remove a case from receipt of notice by "service or otherwise" of a **"paper"** that shows the case is removable. **This determination may be made upon either what the plaintiff may gain, or what the defendant may lose.** The defendant learned the amount in controversy well exceeds $75,000 after receipt of notice by of a paper on April 27, 2020 from Superior Court for the County of Los Angeles, which caused the defendant to launch an investigation and discovered an ex-parte protection order was illegally granted as an entire corporation. The legal standard of six months was never satisified as no evidence ever existed to begin with, **since no proven injury** occured. A copy of receipt of notice is attached hereto as **Exhibit 3** and it was mailed by Department 63**.**

## III.    Fraudulent Joinder Doctrine.

It is well settled that a fraudulent joinder can be established in either of two ways. A fraudulent joinder can be established by showing that there is outright fraud in the pleading of jurisdictional facts. Or, more commonly, a fraudulent joinder can be established by showing that the plaintiff has no possibility of establishing a cause of action against the non-diverse defendant. An exception to the requirement of **complete diversity** exists where a defendant has been fraudulently joined to defeat diversity. Morris v. Princess Cruises, Inc., 236 F.3d 1061, 1067 (9th Cir. 2001). Joinder of a non-diverse defendant is deemed fraudulent, and the defendant's presence in a lawsuit is ignored for purposes of determining diversity, if the plaintiff fails to state a cause of action against a resident defendant, and the failure is obvious according to the settled rules of the state. "Id. at 1067. The defendant "is entitled to present the facts showing the joinder to be fraudulent." Id. Hamilton Materials, Inc. v. Dow Chemical Corp., 494 F.3d 1203, 1206 (9th Cir. 2007). <u>Plaintiff failed to state a claim on which relief can be granted.</u> A more egregious form of fraud in the pleading of jurisdictional facts occurs when there is **collusion** between the plaintiff and a non-diverse defendant. The plaintiff had no real intention of prosecuting a claim against the non-diverse defendant, but joined the non-diverse defendant anyway to defeat diversity jurisdiction. <u>If the resident (non-diverse) defendant is improperly joined, his citizenship is disregarded and the case can be properly removed.</u>

**IV.     Statue of Limitations (GVRO legal standard of 6 months was never satisfied with evidence)**

On WV-100 form question 7), whereas, **under oath and penalty of perjury**, in regards to involved or other pending court cases, plaintiff selected nothing, which is extremely fraudulent, the true and correct answer is actually, there is a pending case number in question which is Case No. 20WCSC00382 small claims case filed on **January 27, 2020**, as such, plaintiff stated the facts knowing them to be **fraudulent**, or with enough information within reach so that he/she should have known them to be fraudulent. **May 30, 2019 to January 30, 2020 defined as six months exact.** May 30, 2019 alleged incident never occured, because there never existed any supporting factual evidence such as a medical report. Due to the Statue of Limitations of six months as an affirmative defense, there is no possibility of recovery against the defendant in state court. **On April 23, 2020, a Federal judge blocks California law requiring background check to buy ammo, since the ammo restraint has been lifted, TRO is legally voided, upon giving notice. Case No: 3:18-cv-802-BEN-JLB**

This particular misconduct will invoke the unclean hands affirmative defense and bar plaintiff's claim of relief for amazondotcom.xml (**a stalking backdoor**). The plaintiff, a.k.a. (**amazondotcom.xml**) strikes defendant on a daily basis, in which never **ceased on a non-company defendant's laptop**. The party must establish that the opposing party committed an "unconscionable act", and the act is related to the claim in which equitable relief is sought. The misconduct "**is arguably related to the litigation**", to be proven that, when accepting the law and facts in light most favorable to the plaintiff, there is no possibility of recovery against the defendant under state law. In addition, on the WV-100-info form which clearly states, An Employer may seek protection under this law if: "The respondent is not engaged in constitutionally protected activity" such as case number 20WCSC00382, filed first, on January 27, 2020, which is 3 days prior to this illegally obtained ex-parte protective order filed on January 30, 2020, due to amazondotcom.xml (a stalking backdoor), the plaintiff already had notice and decided under oath and penalty of perjury with a possible risk, full knowing that illegal agreements, by their nature, will not be enforced by any Court when discovered. This is actually defined as extrinsic fraud. **WVRO is barred by the doctrine of Unclean Hands.**

**The majority view is that a removing party's failure to attach the required state court papers to a notice of removal is a mere procedural defect that is curable.** Defendants rely on this viewpoint, See, e.g., Cook v. Randolph Cnty., 587 F.3d 1143, 1150 (11th Cir. 2009) (removing party's failure to include all state court pleadings and process with notice of removal was "**procedurally incorrect**" but was not a "juridictional defect"); Riehl v. Nat'l Mut. Ins. Co., 374 F.2d 739, 742 (7th Cir. 1967) (removing party's failure to include state court complaint did not deprive district court of jurisdiction because "the omission was but a minor irregularity of no consequence" and "**[t]o permit this minor irregularity to defeat the District Court's jurisdiction would be to elevate form over substance**"); Covington v. Indemnity Ins. Co.,251 F.2d 930,932-33 (5th Cir. 1958) (removing party's failure to include "a copy of all process, pleadings, and orders served upon him" was a mere procedural defect, and not a jurisdictional defect necessitating remand, and that missing state court papers could be **supplied** later); see also 14C Charles Alan Wright, et al., Federal Practice and Procedure § 3733 (2010) (**"The failure to conform to these procedural rules is not a jurisdictional defect, and both the failure to file all the state court papers or to provide the Rule 11 signature are curable in the federal court if there is a motion to remand."**) Usatorres v. Marina Mercante Nicaraguenses, S.A., 768 F.2d 1285, 1286 (11th Cir. 1985) (noting that failure to file papers required by the removal statute may be **remedied**); Yellow Transp., Inc. v. Apex Digital, Inc., 406 F. Supp 2d 1213, 1219 (D. Kan. 2005).

Pursuant to **28 U.S.C § 1446(d),** a Notice to Adverse Party of Removal to Federal Court, attached hereto as **Exhibit 4,** together with this Notice of Removal, will be served upon counsel for plaintiff and will be filed with the clerk of the Superior Court for the County of Los Angeles.

This action is properly removed to the United States District Court for the Central District of California, Western Division, which is "the district and division embracing the place where [the] action is pending." **28 U.S.C § 1441(a)**. Venue is proper in this Court pursuant to **28 U.S.C § 1441(a)** and **28 U.S.C § 1446(a)** because the U.S. District for the District of California is the **federal** judicial district embracing the Circuit Court for Los Angeles, California where the State Court Action was originally filed. **Defendant has established a colorable affirmative defense.**

Under Federal Rule 65(b), **Federal rules require the plaintiff's attorney to submit a declaration indicating the steps taken to attempt to notify the opposing party of the ex-parte motion**. Under Federal Rule 65(c), A bond is required. "The court may issue a preliminary or a temprorary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained. The United States, its officers, and its agencies are not required to give security. Under Federal Rule 12(b)(6), the plaintiff failed to state a claim upon which relief can be granted, of which relief can only be granted with clean hands, amazondotcom.xml as a stalking backdoor is understandably unethical and highly disfavored without a written contract and actually illegal. Under Federal Law, unclean hands is an affirmative defense for TRO, which allows for immediate equitable relief in addition to summary judgment for dissolution of TRO. Under Federal law, the plaintiff refused to disclose assets for pending case numbers related to the parties when required to do so under oath and penalty of Perjury, this is actually extrinsic fraud, and judgments are vacated years later or also defined as "fraud on the court" upon motion to vacate default/judgment. During the pendency of litigation, the court, on motion, may require **additional security** if found necessary, and upon failure to furnish it shall dismiss the action of proceeding with <u>prejudice,</u> having a restraining order against a respondent does not prevent a petitioner from being <u>arrested</u> for commiting other types of **crimes** against the respondent, it is well known that police only need probable cause of a crime already **commited** to justify arrest in place of a warrant. As such, of the two prongs as conditions for arrest, probable cause is clearly proven beyond a reasonable doubt numerous times in this document.

## CONCLUSIONS OF LAW

A trial court court may not grant or deny a TRO without first completely analyzing the facts (**not hearsay**) according to Dahlberg Brothers, Inc. v. Ford Motor Co., 137 N.W.2d 314 (Minn. 1965). M.G.M Liquor Warehouse Intern., Inc. v. Forsland, 371 N.W. 2d 75, 77 (Minn. App. 1985). Such an order may be found by an appellate court to be a reversible error and abuse of discretion. Id, citing Miller v. Foley, 317 N.W.2d 691, 693 (Minn. App. 1984), motion to vacate default judgment for extrinsic fraud, and motion to dissolve TRO as abuse of discretion and also Unclean Hands Affirmative Defense aka **colorable defense.**It is proven, plaintiff is the actual stalker after all, as any reasonable person can be construed to draw the same verdict based on factual evidence, not mere hearsay. **The courts may not enter an order of referral to Alternative Dispute Resolution (ADR) in a protective order action. WHEREFORE, Derrick S. Lee, removes to this Court the above action pending against it in the Superior Court of California, Los Angeles. The Court found this matter suitable for disposition without oral argument. See Fed. R. Civ. P. 78(b).**

Dated: May 16, 2020

By: _____

Derrick S. Lee

Defendant in Pro Se

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this notice of removal: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the notice of removal otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 17, 2020

Signature of Defendant _____

Printed Name of Defendant ___Derrick S. Lee_____

# EXHIBIT 4

1

1   Derrick S. Lee

2   e92m3lighting@gmail.com

3   710 Silver Valley Trail

4   Walnut, California 91789

5   Telephone: (909) 896-1858

6   Defendant in Pro Se

7

8                        SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                            FOR THE COUNTY OF LOS ANGELES

10

11   Amazon.com, Inc.,                          § Case No. 20STRO00703

12   a Delaware corporation,                     § [Assigned to Hon. Steve Cochran - Dept. 63]_

13                                               § DEFENDANT DERRICK S. LEE'S NOTICE TO THE CLERK

14                        Petitioner,            § OF THE SUPERIOR COURT AND ADVERSE PARTY OF

15          v.                                   § REMOVAL TO FEDERAL COURT UNDER

16   Derrick S. Lee,                             § 28 U.S.C § 1441(b) DIVERSITY

17   an individual,                              §

18                                               §

19                        Respondent.            § Petition Filed: January 30, 2020

20                                               §

21   _____ §

22

23

24

25

26

27

28

NOTICE TO CLERK AND ADVERSE PARTY OF REMOVAL

1       TO THE CLERK OF THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES AND
TO ALL OTHER PARTIES:

2                  May 16

3       PLEASE TAKE NOTICE that on ~~May 17~~, 2020, this action was removed to the United States District
Court, Central District of California, Western Division, located at 255 East Temple Street, Los Angeles,

4   California 90012. True and correct copies of the Notice of Removal, Civil Cover Sheet, Notice of Interested
Parties are attached hereto as Exhibits A, B, C, respectively. There is a pending motion to vacate default

5   judgment with Case No. 20STRO00703 in Los Angeles, Stanley Mosk Courthouse in Department 63, Room

June 30

604. Which is located at 111 North Hill Street, Los Angeles, California 90012 on ~~May 27~~, 2020 at 8:30AM.

6   PLEASE TAKE EXTRA NOTICE that there are three motions pending for Federal Court using F.R.C.P, which

7   are motion to vacate default judgment obtained by extrinsic fraud, motion to dissolve TRO obtained with
unclean hands, and lastly motion to dismiss for complete failure to state a claim upon which relief can be

8   granted on the face of the petition attached hereto as Exhibit D. In addition, an amended answer from
March 20, 2020 attached hereto as Exhibit E.

9

  DATED: ~~April ___~~, 2020

10       May 16

                                                  By: _____

11

12                                                       Derrick S. Lee

13                                                    Defendant in Pro Se

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Add Page

# EXHIBIT A

1

# EXHIBIT B

1

# EXHIBIT C

1

# EXHIBIT D

1

# EXHIBIT A

4821-9170-2963v.1 0051461-002010

6771898851 – 1.27.20

| | |
|---|---|
| Joel: | Hi, thank you for calling Amazon seller support. This is Joel. How can I help you today? |
| Man: | What, what happened? Woops. Houdini. Cha-ching. Quit laughing. |
| Joel: | How can I help you sir. |
| Man: | You don't like that? |
| Joel: | Huh? |
| Man: | Why not. Why not. |
| Joel:. | What do you mean, sir? I don't understand what you are talking about. |
| Man: | You don't understand shit, bitch. Cha-ching. |
| Joel: | Are you kidding me, sir? |
| Man: | Are you a fucking dumb ass. |
| Joel: | Hello. |
| Man: | Huh? Oh, you are. Are you pregnant? |
| Joel: | Are you okay, sir. Do you have a problem? Do you have a problem? |
| Man: | A problem, yeah. You're too poor. Any questions? |
| Joel: | I don't believe that, sir. |
| Man: | Huh? Thanks for verifying. Why you so poor? Bitch. |
| Joel: | It's not for verification, okay. |
| Man: | Huh, thanks for verifying anyways, bitch. |
| Joel: | What are you talking about, sir? |
| Man: | You don't like that? Huh. |
| Joel: | Do you know what you are talking about, sir? |
| Man: | Bitch. **Poor fucking piece of shit.** Huh? You don't like that. Well, that's too bad. |
| Joel: | I don't believe you. No. I like that, but I don't believe you, sir. |

2

Man:        What the fuck are you talking about? Shut the fuck up.

Joel:       Okay, sir.

Man:        Bitch. What are you going to do about it huh? What are you going to do about it? What are you going to do, huh? What are you going to do? Nothing.

Joel:       I am not doing anything, sir.

Man:        Exactly, bitch. **Poor piece of shit**. Go fuck yourself. Can't wait until you get terminated, you little bitch.

Joel:       You too, sir.

Man:        Shut the fuck up. Huh?

Joel:       Okay.

Man:        Shut the fuck up. Five feet, not even five feet. **I will kick your ass.**

Joel:       Okay.

Man:        Uh oh. You're not even five feet you little bitch. Huh. What. You don't like that either. Well, that's too bad drink milk then, bitch.

Joel:       I don't know what you are talking about, sir.

Man:        Perfect. Thanks for verifying again.

Joel:       Yeah, perfect.

Man:        Bitch.

Joel:       Yeah.

Man:        Bitch, not even five feet. **I can knock your ass out. Knock your ass out. Bitch.**

Joel:       Oh, really.

Man:        What are you going to do about it? Thanks for verifying.

Joel:       Laughs.

Man:        Exactly. Call me _____ [02:25:8] bitch. Uh oh.

Joel:       Okay, sir.

Man:        Oh really. Hey, don't tell me no more bitch.

3

Joel:     Do you have a problem, sir. Maybe I can help.

Man:     Have a problem? Yeah, you're too poor wanting to play rich. Thanks for verifying.

Joel:     Are you on a recording tape because…

Man:     Shut the fuck up.

Joel:     Are you a recording, sir?

Man:     Are you recording? I don't need to record.

Joel:     No.

Man:     Huh, it's not what you know it's what you can boom. You little bitch. Go fuck yourself.

Joel:     Oh, I see. I thought you were a recorded tape.

Man:     Bitch. Huh. You guys don't even record shit. I'm not going to record shit you little bitch.

Joel:     No sir, what I mean is that you talking, I thought you were a recording tape.

Man:     Ah. You're a fucking dumb ass.

Joel:     I'm sorry I thought that.

Man:     Bitch, go fuck yourself.

4821-9170-2963v.1 0051461-002010

# EXHIBIT B

4812-0073-3363v.1 005\461-060010

6771800721 – 1.27.20

| | |
|---|---|
| Kit: | Hi, thank you for contacting Amazon partner support. My name is Kit. **Is this a call from a buyer or a seller?** |
| Man: | Let me talk to the supervisor. |
| Kit: | Um, sir before I will forward you to our supervisor let me just verify your seller account. |
| Man: | No. |
| Kit: | I'm sorry? |
| Man: | I said no. |
| Kit: | All right, sir. For us to proceed… |
| Man: | I don't even care. **Let me talk to your supervisor. Third time.** |
| Kit: | Yes, sir. Even though if I forward you to our supervisor, sir, still um… |
| Man: | **What did you just say bitch?** |
| Kit: | I'm sorry? |
| Man: | What did you just say? Did you say I. Is that what you kept saying? **Man, shut the fuck up.** Let me talk to your supervisor right now. All right. Yeah. I, I, you talk like a little kid. Let me talk to your supervisor now. Thank you. |
| Kit: | Yes, sir. Before anything else… |
| Man: | I don't really care. Shut the fuck up bitch. You talk like a little kid. See, you're still doing it. I, I, I. Fucking little kid. Let me talk to your supervisor. |
| Kit: | We need to verify for sure… |
| Man: | Shut the fuck up bitch. |
| Kit: | Let me talk to your supervisor since you talk like a little kid. Thank you. |
| Man: | I'm so sorry to hear that, sir. Even though… |
| Kit: | Okay, no wonder **you are the supervisor. Fuck up bitch. Why you acting scared? Fuck you.** |
| Man: | I'm not scared, sir. |
| Kit: | What do you mean? |

2

Man:    **Shut the fuck up.** You talk like a little kid. Bitch. I knew it. Fucking fake supervisor. I can't wait for you to get terminated. What are you going to do about it little bitch. Huh? What are you going to do about it? Huh? What are you going to do about it? Huh. You little bitch. Fake supervisor talking like a little kid. I, I, I, fucking little kid. I can't wait for you to get terminated. What are you going to do about it bitch? You going to call the cops? Perfect. You will get arrested bitch.

Kit:    Sir if you will not stop giving profanity words I will…

Man:    Huh. Yeah, you're going to hang up the phone, but you are living in a trash can though. So what. All right. See you are still doing it there. I can't wait to report this to Jeff. Hey, you're going to live in a trash can. What are you going to do about it? Huh?

Kit:    I have no idea, sir?

Man:    Well, exactly you're not going to do anything about it. Any questions?

Kit:    No, sir.

Man:    Okay, bye.

3

# EXHIBIT C

4835-0019-4995v.1 0051461-002000

6771708091 – 1.26.20

Operator: Hello. Thank you for calling Amazon partner support. My name is
_____. Hello there. How are you?

Man: What happening? What happened?

Operator: Ummmm. Well nothing really happened. How about you, what happened?

Man: Huh. Customer note service. You are scared of me. You are scared of me.

Operator: Uh huh. So... There is shaking there tooth with fear here because you threaten to terminate them.

Man: _____ [00:36:1] Huh. How could customer service be scared of me? Because I keep, I keep, I keep, I keep pursuing them on the phone every time.

Operator: So how many customer service do you contact today?

Man: I will _____ every single one. 100%. Just like – that's a record. Every phone call to customer no service was a destroy. That's 100% bounce back. And so, I don't know why I'm so mean.

Operator: Why are you being mean today?

Man: Huh? I don't know because I feel like something is going to happen.

Operator: Uh huh.

Man: Very soon. I mean very soon.

Operator: So is that the reason why you are being mean because um you expect something to happen?

Man: Something is going to happen? Absolutely. Because something is going to be happening so that is why I am being mean on purpose.

Operator: So it's not something that is good or it may be bad – because if you are being mean?

Man: Wait, that's kind of confusing.

Operator: Uh huh.

Man: Something, I don't know. Good for me, bad for someone else maybe. That is why I am being mean today because something is going to happen in about one hour.

2

4835-0019-4985v.1 0051461-002010

Operator:     What's going to happen after an hour? Will you allow me to know the secret?

Man:          Something big. Secret. Man, this is not a secret anymore. **Something big is going to happen. Something devastating** so I am being mean on purpose.

Operator:     Oh.

Man:          Huh. That, that, it's okay to be mean, right.

Operator:     Yeah, it's a free country but, those people who will be, you know...

Man:          _____ [2:50:0].

Operator:     Yeah. Those people who will be affected.

Man:          What about it. Who cares?

Operator:     Well, very unfortunate for them.

Man:          Well, who cares?

Operator:     What about their families.

Man:          Who cares?

Operator:     You should care because, you know, I believe...

Man:          I got policies. Who cares?

Operator:     Uh huh.

Man:          Huh. Who cares? I decided they can live in a trash can. I decided that already so who cares.

Operator:     What? Oh. **I wish you would reconsider.**

Man:          **Nope. Nothing to reconsider. I already decided.**

Operator:     I'm sending an appeal.

Man:          Appeal? There is nothing to appeal, baby. Huh?

Operator:     You will be a seller performance right now so I'm sending that appeal to you.

Man:          Okay, go ahead. Send it but there is nothing to appeal. The only appeal is Cha-ching. Boom.

Operator:     It's a good thing that we are able to get in touch with you and you can respond back to us.

4835-0019-4995v.1 0051461-002010

Man:       Cha-ching. There is nothing to appeal. The only appeal is Cha-ching. Boom.

Operator:  How about Einstein. Were you able to look up his IQ?

Man:       No. I don't have that kind of time, baby. I'm very VIP you know very important person. That is the only appeal.

Operator:  Uh huh.

Man:       You see, the only appeal possible is Cha-ching. Boom. That's the appeal. There is nothing else to appeal. So, so what happened? Huh.

Operator:  I don't know what is going to happen next.

Man:       I already told you what is going to happen. In one hour something big is going to happen.

Operator:  Yeah, because you are so brilliant, because you said you are so brilliant.

Man:       Well you verified it. I already told you something big is going to happen. So before it happens I am being to customer no service on purpose.

Operator:  No service on purpose.

Man:       That's why I'm being mean. So that way they can't say, what do you mean I didn't tell them? What do you mean I didn't tell you guys? I am being mean on purpose for a reason. Huh? Oh perfect.

Operator:  That's too bad.

Man:       So I'm going to -- which one.

Operator:  You are not going to, you know, accept um appeals with a plan of action.

Man:       No. I already told you the only appeal is Cha-ching. Boom. That is the appeal. There is nothing to appeal because if you want to appeal -- that is my response. You see?

Operator:  Okay.

Man:       I'm burning baby. Uh. That that part was fun. And any appeal I am going to automatically reply Cha-ching. Boom. So there is nothing to appeal.

Operator:  Okay. Are you going to like...

Man:       _____ [6:13:2]

Operator:  No, are you going to call some more -- other customer service.

4

Man:        I don't know.  Maybe if I get bored I will call them more, but I don't want to talk to them anymore.  Because I already decided.  There is nothing to appeal because if they are smart enough or dumb enough to appeal every response is going to be the same thing anyways.  Cha-ching.  Boom.  Every time, that is my response.  So they can appeal as many times as they want, my response is going to never change anyways.  So they are just wasting their time and they are wasting my time.

Operator:   So it's like an automated response from you.

Man:        Exactly.  I'm going to – any appeal good or bad or in the middle appeal, it is always going to be the same.  Nothing is going to change.  Maybe it would change if they did a boom boom.  If they got one agent who is good at boom boom.  Maybe I will change a little bit, but I doubt it.  They are probably all ugly and fat anyways.

Operator:   By the way can I have you come up with an answer to Einstein's IQ?

Man:        No, but I know about – wait I don't know how to say it.  I feel kind of strange and I forgot what I was going to say.  Relative… something else it was close to it though.  Let me go look it up.  I will call you guys back.  I got something to do right now.

Operator:   Sure, okay.  Okay, go ahead.

Man:        I will call you back, baby.  Bye.

Operator:   Bye for now.

5

# EXHIBIT D

4812-8710-5811v.1 005/461-002010

6743247571 – 1.13.20

| | |
|---|---|
| Operator: | Hi, thank you for calling Amazon seller support. My name is _____. May I have an email address of your seller account? |
| Man: | Man, shut the fuck up. You're getting terminated, man. Shut the fuck up. **Game over now. I don't care what you say.** |
| Operator: | Can you tell me your email address? |
| Man: | Shut the fuck up man. You're getting terminated and I didn't even do it anyways. Amazon did it. It could be anytime. Now it's guaranteed. |
| Operator: | We just need a sellers account with an email address. |
| Man: | I don't care what you assume. I can't believe I didn't find you living in a trash can in the inside. _____ [00:33:40]. Stop being a little bitch and this wouldn't happen anyways. |
| Operator: | Are you a buyer? |
| Man: | Don't worry about it. We will let the _____ know what is going on. Thanks for all the money. You're being terminated. You know what it feels like to live in a trash can forever? Well you're going to have to know what it is now. |
| Operator: | You need to contact the customer service. |
| Man: | For what? For what? |
| Operator: | We only assist seller's on Amazon. |
| Man: | Oh really? You can assist me. Why aren't you rich? Do you like that? You must hate that huh. What are you going to do about it? Call the cops? Like I said, go ahead. You going to call the court go ahead. Yeah, that's what happens. You want to play dumb then live in that trash can. That's where dumb people belong anyways out of nowhere. _____ [1:20:8] it's time to move on. At least you get your last paycheck though but that's it. So sorry you live in a trash can where you rightfully belong. <<Laughs.>> Bye. |

2

# EXHIBIT E

## Exhibit E

### Transcript of December 13, 2019

Amazon: Hi, thank you for calling Amazon selling partner support. This is Guinevere. My I have your name please?

Lee: Ma'am. Look terminator. What happened?

Amazon: Hi terminator. Can I please have the name or address registered on your seller's account?

Lee: Do you like that, baby? At Amazon.com.

Amazon: Oh, I'm sorry sir, but I was not able to pull it up. Can you spell it out for me?

Lee: Fuck spelling things. Do you like that, baby, or not?

Amazon: I'm sorry I am still not able to pull up an account under that email address. Can you spell it out for me?

Lee: I didn't say that. Do you like that, baby? Do you understand English? Or you don't like that, baby? Simple.

Amazon: I was not able to pull up an account under your email address.

Lee: What do you mean? I think you like that.

Amazon: Can I have your email address registered on your seller's account?

Lee: Do you understand English? Do you like that or not, **bitch**? Damn.

Amazon: Okay this will be a warning for saying profane language.

Lee: Huh. Oh you don't understand English. You don't like that, you don't like that **bitch**? Ah fuck that. Too bad. Life goes on, **bitch**.

Amazon: This will be your second warning.

Lee: Shut up, **bitch** it already happened. **Fucking go suffocate.**

Amazon: Third warning.

Lee: Okay. **Bitch** whatever you say. It's too late now, **bitch**.

Amazon: Thank you so much for calling Amazon. Please find a -

Lee: Yeah, fuck amazon **bitch** ass ho.

2

# EXHIBIT F

### Exhibit F

## Transcript of December 10, 2019 Call

| | |
|---|---|
| Amazon: | Thank you so much for contacting Amazon selling partner support, my name is Louis.  Can I have your email address please? |
| Lee: | Huh?  What do you mean you don't like that?  What do you mean?  Too bad man. Yeah, getting close. |
| Amazon: | Ah, I – |
| Lee: | **Getting really close**.  Yeah, I can see everything in the dark.  I see how it's been now.  Yeah.  I see how to play this game now.  Yeah, I just keep on attacking you guys until it works.  Okay, now I get it.  Yeah, I didn't know at first because I was really confused.  Now, it's making a lot of sense.  Yeah.  **It's gonna be over soon**, man.  I see what's going on.  I could get you.  Yeah, I'm **fighting you guys** and I am almost fricking pretty.  Almost.  Yeah.  Just a few more hits.  Just a few more. |
| Amazon: | Okay, sir. |
| Lee: | Yeah, and then I will take full control like that.  Yeah.  Simple.  See, I know how to operate a game now.  Damn, it took me a long time to figure this part out. Yeah, gain control slowly.  Oh the big one. |
| Amazon: | Uh huh. |
| Lee: | I'm just testing it now so I know what to do. |
| Amazon: | I see.  Sure. |
| Lee: | Just don't tell me.  That's not my fault.  You guys don't tell me and you I have to figure it out for myself what they did. |
| Amazon: | Uh huh. |
| Lee: | Harder, it goes from pretty fast to damn they are so damn slow all of the sudden. I don't – I don't need to – something really small too, very small.  Huh.  It's not supposed to do that.  It's only supposed to do that for something big.  Are you fucking small.  Why you growing so damn – oh no wonder, it's working. |
| Amazon: | Uh huh. |
| Lee: | I know how to play the game now.  What – it's going to be over in like two hours or less.  I guarantee it. I already know what is happening now. |
| Amazon: | Uh, that's good to hear, sir. |

2

| | |
|---|---|
| Lee: | I actually know how to play shit man.  You think this is easy.  This shit is all over the place. Everywhere.  **I'm trying to shoot something**, right, and I can't do it – I don't know how to do it – so what do you expect me to do?!  I download everything that I can find that is useful and see what – damn.  Fast or slow.  Huh?  Fast or slow, huh.  Really, huh. |
| Amazon: | Uh huh. |
| Lee: | I can't do anything.  It's not like a small fucking – it's not supposed to happen.  So I know how to play the game now.  Maybe **it's going to be over soon** man.  Any questions? |
| Amazon: | I understand sir.  So I – would there be – |
| Lee: | Okay, right? |
| Amazon: | Yes. |
| Lee: | Okay, bye. |

# EXHIBIT G

Exhibit G

Transcript of December 7, 2019 Call

| | |
|---|---|
| Amazon: | Thank you for contacting Amazon seller support. My name is-- |
| Lee: | What happened? **Shut up, bitch. Shut up bitch.** What happened? |
| Amazon: | May I have the email address register to the account. |
| Lee: | Huh? Shut up, bitch. Man, fuck you. **What happened bitch, are you scared?!** Huh? |
| Amazon: | Are you a seller on Amazon? |
| Lee: | Are you fucking retarded. |
| Amazon: | So you are not a seller? |
| Lee: | Shut up, bitch. Are you fucking retarded? |
| Amazon: | No, I am not. |
| Lee: | Yeah, you are! You fucking little piece of shit. |
| Amazon: | Do you have any email address? |
| Lee: | Man, **fuck you.** Shut up, bitch. Don't ask me what to do! What the fuck is your problem, bitch! Don't ask me what to do. What the fuck is your problem, bitch? |
| Amazon: | So you are a buyer? |
| Lee: | Shut the fuck up, you little bitch. Are you fucking retarded? Huh? |
| Amazon: | Did you purchase something on Amazon? |
| Lee: | Man, shut the fuck up. Are you retarded? |
| Amazon: | If you are not a buyer – so you are not a seller – |
| Lee: | Man, shut the fuck up. I don't know what the **fuck you** are talking about. Are **you fucking retarded** or what? Piece of shit! |
| Amazon: | What are you trying to reach out? |
| Lee: | What are you trying to reach out? Stop talking in a circle, **you fucking retard.** Are you stupid or what? |
| Amazon: | Is that your email address? |

2

Lee:      **Bitch. Shut the fuck up.** Stop going in a circle you fucking shit. Are you fucking retarded, huh?

Amazon:   If you don't have any seller's account, either you are a buyer.

Lee:      Man, **shut the fuck up you little bitch.** Talking in a circle.

Amazon:   Would you like to sell on Amazon?

Man:      Man, **shut the fuck up you little bitch! You fucking poor ass piece of shit!**

Amazon:   I can help you sell on Amazon.

Lee:      Man, shut the fuck up. Why don't you help yourself, **fucking retard.** Going in a fucking circle. That's all you fucking do. Fucking fake ass –

Amazon:   How about searching – how about we just brought up during the holiday season.

Lee:      How about shut the fuck up and stop going in a fucking circle. That's all you fucking do. Fake ass B. Huh. Fake ass B.

Amazon:   Would you like to have something during the holiday season.

Lee:      Man, shut the fuck up. And fuck Kumar too. Fuck your mom and fuck seller performance. You little bitch.

Amazon:   It's already the holiday season.

Lee:      Shut up, bitch! I don't care what it is! Fucking fake ass B. Fuck seller performance **you little shit.** Hang up the fucking phone. Shut the fuck up, huh. Fucking piece of **shit.** Hang up the phone.

Amazon:   You are a seller and I think you are a seller–

Lee:      Man, shut the fuck up. Stop going around in fucking circles. Fake ass b.

Amazon:   –at Amazon. Can you provide me the email address of your account?

Lee:      Man, **shut the fuck up!** Fucking fake seller performance. Fucking getting caught on the phone like all your **fucking dumb ass colleagues like you.** Man fuck you, fuck Amazon, and fuck seller performance. You pissed off now?! Catching, bitch.

Amazon:   Do you have any email address?

Lee:      Man, shut the fuck up. I didn't tell you to say email address. Shut the fuck up. Fucking piece of **shit.** Fuck you and fucking fuck your momma too on top of that. Fuck seller performance, fuck Amazon you little bitch. Hang up the fucking phone.

Amazon:   So do you have an email address?

Lee:   Man, shut the fuck up! I didn't authorize you to say that. Fucking retard. Are you pissed off now?! You like that, bitch? Hey, you like that bitch? You like that, or what?

Amazon:   Are you trying to reach out to the seller performance team?

Lee:   Man shut the fuck up. Yeah, why don't you try to transfer the phone to the fucking real seller's performance, you little bitch? Do it now.

Amazon:   We don't have a phone support for our seller performance team.

Lee:   Shut the fuck up bitch. Stop going in a fucking circle, you piece of **shit**.

Amazon:   You can contact directly them too.

Lee:   Yeah, shut the fuck up. Exactly, shut the fuck up. You got caught you little bitch. Transfer the fucking phone. You didn't transfer me and you got caught. I told you stop going in fucking circles, you little bitch, and you keep doing it! You fucking retard! Hang up the fucking phone.

Amazon:   I will be needing the email address before I can look up your seller's account.

Lee:   Shut the fuck up, you little bitch! Hang up the fucking phone, you little shit! Fucking going in a circle, fake seller performance. Man, stop getting caught you little bitch, and press the move button this time, mother fucker! I don't want to talk to your dumb ass ever again.

Amazon:   This is not seller performance.

Lee:   Huh.

Amazon:   This is not seller performance.

Lee:   Transfer the fucking phone then. Then transfer the phone then. Transfer the phone.

Amazon:   Seller performance doesn't have a phone number.

Lee:   Man, I don't give a shit what you said! Hang up the phone, you little bitch. Getting caught, you like that mother fucker?! Hey, you like that, little bitch? Hey, you like that? Hey, you like that little bitch? Man, fuck you.

Amazon:   I can give you only the email address.

Lee:   I don't give a shit what you say! You like that, bitch. Hey, you like that? You like that, little bitch? You fuckers got caught. Hey, you like that little bitch, huh?

4

You like that bitch? Huh? You like that or what, you little bitch? Huh? Fucking piece of shit wasting my time. You like that or what? Biiitch. Fuck you.

# EXHIBIT H

Huh? What happened? You like that, huh?

## Exhibit H

### Transcript of December 7, 2019 Call

Amazon:    Thank you for calling Amazon seller support.  This is Jewel, how can I help.

Lee:    Huh?  What happened?  You like that, huh?

Amazon:    Uh, sure.

Lee:    What happened.  You don't like that?  Huh.  Why not?  Huh.

Amazon:    What exactly happened, sir?

Lee:    What do you mean?

Amazon:    Well you've reached Amazon seller support -

Lee:    Yeah, perfect.  Why you don't like that, huh?

Amazon:    Is there something that I can assist you in terms of a seller account.

Lee:    Yeah, you like that or what?  You don't like that or what?  Which one?

Amazon:    I don't understand your question, sir.

Lee:    What do you mean?  You like that or not?

Amazon:    No.  What is it that you are asking exactly?

Lee:    You like that, or you don't like that!

Amazon:    Like what exactly, sir?

Lee:    What do you mean you don't like that?  Huh, okay.  I hate repeating, so here we go.  **Okay, you want more dead**?!  More proof?  **Who else wants to get terminated?  Huh?**

Amazon:    Why is that -

Lee:    **Who else wants to get terminated?  Huh?**

Amazon:    No one, sir.

Lee:    What do you mean?  Then why didn't you comply the first time, huh?  Why don't you comply the first time?  Stop being like the rest-

Amazon:    Comply – I am not exactly sure.

2

**Lee:** What? **You want more dead?! Who else wants to get terminated?!** Huh?

**Amazon:** Well, no one, sir.

**Lee:** What do you mean? Then why didn't you comply the first time, then? Who else wants to get terminated, huh? I thought it's just a fucking game anyways. Huh?

**Amazon:** Sir, I would have to advise you not to use that language.

**Lee:** Don't tell me what to do! Okay. You want to play your little fucking game? Who else wants to get – don't tell me what to do.

**Amazon:** I'm sorry – I've warned you.

**Lee:** Bottom trashers.

**Amazon:** Please stop from using that language.

**Lee:** Huh. Don't tell me what to do, fake ass seller performance! Let's see who else wants to get terminated?! Let's see. Not enough damages?! Okay, let's see who else. Let's see, let's see, let's see here. Control set one. How about number two. Number two, number two, number two, number two. Who else wants to get terminated. Let's see. One? Oh, already on two. Let's see oh, who – oh [stuttering]. Oh, I already did that one. Let's see. Oh yeah, yeah I forgot. **Let me phase to terminate now. Uh, here we go. [shooting sounds] Huh, oh wait, it already went through. [shooting sounds] Too bad. Life goes on.**

3

# EXHIBIT I

## Exhibit I

### Transcript of November 12, 2019 Call

| | |
|---|---|
| Amazon: | Thank you for contacting us at Amazon selling partner support, my name is Quentin, may I know your registered email with Amazon? |
| Lee: | **Who wants to get terminated?** Guaranteed. At Amazon dot com. |
| Amazon: | Yeah, can you just state that for me? |
| Lee: | No. |
| Amazon: | Sir, I want the registered email – |
| Lee: | I am not gonna play your spelling bullshit game, nope. |
| Amazon: | So can you let me know your phone number registered with Amazon? |
| Lee: | Huh, I don't have a phone number register, fuck Amazon. |
| Amazon: | Sir without phone number or email address – |
| Lee: | I never registered any phone number. I'm not gonna play your spelling bullshit thing either. You wanna know why? Because I said so. Let me warn you, **you better watch what you say, bitch.** You make a mistake, and my colleagues might have to do something about you. So you better think before you say **anything. It's my only warning. You think this is a game?** Huh? |
| Amazon: | Sir, I understand but we need email address for verifying the accounts. |
| Lee: | You answer, you comply the first time. I asked you a simple question, so you better answer it. Correctly. So let's try again. **Who wants to get terminated?** Guaranteed. Think before you say anything. **You make a mistake, you're gonna regret it.** |
| Amazon: | I understand, but we need the email address, sir, without – |
| Lee: | Do you understand English, bitch? |
| Amazon: | Sir, I request – |
| Lee: | Do you? |
| Amazon: | Sir, I request – |

2

Lee:        You don't request anything. Don't tell me what to do, **you bottom trash.** I tell you what to do. You don't request anything. So. Are you gonna – are you gonna comply and answer the question, or not? Huh?

Amazon:     Sir, without verifying the account –

Lee:        Are you gonna comply or not? Huh?

Amazon:     Sir, without verifying –

Lee:        You're refusing to comply? You're refusing to comply? Huh?

Amazon:     Sir, we –

Lee:        You're refusing? Huh? Oh. No wonder, you are refusing. Uh-huh. I already gave it to you. I already gave it to you. You're refusing to comply, you're acting like a **little bitch,** huh? Is that what you're doing? Refusing to comply. Strike one. Bitch.

# EXHIBIT J

<u>Exhibit J</u>

**Transcript of October 20, 2019 Call**

| | |
|---|---|
| Amazon: | Thank you for contacting Amazon seller support, my name is Kaitlin, may I ask who I'm speaking with? |
| Lee: | Uh – uh – ready to – **ready to terminate** all your bosses. |
| Amazon: | Can I please get the email on your account? |
| Lee: | No. |
| Amazon: | How can I assist you then? |
| Lee: | I'm ready to terminate all your bosses.  Is that okay? |
| Amazon: | Well, I can only assist you if I can get on with your email, and – |
| Lee: | Um, just try to be nice because I'm doing things these days.  Is that okay or what?  Huh? |
| Amazon: | I mean, I wouldn't want you to do that, but how can I get into your account and help you? |
| Lee: | Ah – I don't need your help though, that's the thing. |
| Amazon: | Well then if you don't need my help then, can I ask why you called in? |
| Lee: | That's exactly why – I'm ready to terminate all your bosses for getting caught violating policy.  That's it.  I'm taking consideration, thank you. 'Bye. |
| Amazon: | Um-hum? |

2

# EXHIBIT K

### Exhibit K

### Transcript of Call

| | |
|---|---|
| Amazon: | Hi, thank you for contacting Amazon selling partner support, this is Mary, may I have your name, please? |
| Lee: | Huh?  Getting ready. |
| Amazon: | Hello? |
| Lee: | I love to play games. |
| Amazon: | Hello? |
| Lee: | Yes. |
| Amazon: | Can you hear me, sir? |
| Lee: | What do you mean? |
| Amazon: | Can you hear me? |
| Lee: | Just shut the fuck up. |
| Amazon: | I'm sorry? |
| Lee: | You heard me.  **Did you know that I can take everything?**  Yeah.  **I'm lethal.  I can and I will.  So don't play games with me in the future.  Or this is gonna happen.  I take all-- eeeeeeeeeverything.  The house, the car, the dog, the towel, the bathroom, the paper, everything.** |
| Amazon: | [gasps] |
| Lee: | **I take it and I have no sympathy, I have no remorse.**  Did you know that?  You guys clearly made a bad choice, and it's already over.  I tested it.  So I know what to do.  **You guys can't even stop it** – |
| Amazon: | Um, excuse me, sir, did you need assistance with Amazon selling partner support? |
| Lee: | Hell no, I don't.  I'm just messing with you guys now.  Thanks for all the billions of dollars or the stupid game after all.  Take care. |
| Amazon: | Yes, sir, sorry, bye-bye. |

2

4833-6119-3395v.1 0051461-002000

# EXHIBIT L

## Exhibit L

### Transcript of Call

Amazon: Thanks for contacting Amazon selling partner support. This is Greg. Can I get the email address associated with the –

Lee: I hate bitches.

Amazon: Hello?

Lee: Yeah. Are you a bitch?

Amazon: Am I?

Lee: Yeah, you are. You're my bitch now. All of you guys. Bitch.

Amazon: I'm sorry I didn't understand you, sir.

Lee: You don't understand me? No wonder, because you are a bitch. You guys all work for me. Guess what. **Don't ever play games with me ever again. I'll just take everything. You don't believe me?!**

Amazon: It sounds – **are you threatening me, sir?**

Lee: **Shut up, bitch!**

2

# EXHIBIT M

## Exhibit M

### Transcript of Call

Amazon:    That you for calling Amazon seller support. My name is Jasmine. What is the email associated with your selling account?

Lee:    Guess what? Bitch.

Amazon:    Huh?

Lee:    You know how I kill someone? Put them in the trash. Where they rightfully belong. You guys are all trash. You guys all work for me moving forward. Don't tell me what to do. Don't act funny. And don't play games. Because guess what, I'll take everything in the end. Do you think I am scared of you guys? You guys are scared of me. Don't ever make a mistake and play games with me ever again. Are we clear? Hey bitch, are we clear?

Amazon:    You have to keep this call professional if we are going to move forward.

Lee:    Fuck you! Are we clear or not, bitch? I'll take everything right now if you play games. Are we clear or not, bitch? That's what I thought – you're scared.

# EXHIBIT E

1

1   Derrick Sun Lee

2   710 Silver Valley Trail

3   Walnut CA 91789

4   909 896 1858

5   e92m3lighting@gmail.com

6   Defendant in Pro Se

*Amended*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 2 0 2020

Sherri R. Carter, Executive Officer/Clerk of Court

By: Christopher Herrera, Deputy

7   Superior Court of California

8   County of Los Angeles

9   Civil Division

10

11   Amazon.com, Inc.

12   Plaintiff/Petitoner

13   v

14   Derrick Sun Lee

15   Respondant/Defendant

16

Case No. 20STRO00703

NOTICE OF MOTION TO SQUASH SERVICE OF SUMMONS

Civ. Code Proc. § 418.10 (a)(1);

Hearing : *May 27 2020*

Department : 63 Room: 604

*8:30AM*

17   ## NOTICE OF MOTION TO SQUASH SERVICE OF SUMMONS

18   *May 27 2020*

PLEASE TAKE NOTICE that on ~~[redacted]~~ 8:30AM, or as soon thereafter as the matter can be heard, in

19   Department : 63 Room : 604 of the above-stated court, located at 111 N. Hill St, Los Angeles, California,

20   Defendant Derrick Sun Lee, will specifically appear and move for an order from the court to quash service of

summons in this action.

21   ### GROUNDS FOR RELIEF

22   This motion is made on the ground that the Court lacks jurisdiction over the defendant, in that the defendant

has not been properly served with summons, as it is more fully explained in the attached declaration, which

23   makes it a **defective** service. The fact that service of the summons and complaint was defective is the reason

that the Court lacks jurisdiction over the defendant . The Court does not acquire jurisdiction over any

24   defendant unless proper service of the summons and complaint has been made even if the defendant is a

resident of California. The law is well settled in California that once a defendant has filed a motion to squash

25   service of summons on the grounds of **defective** service the plaintiff, not the defendant, has the burden of

26   proving that the service on the defendant was valid. Once a defendant files a motion to quash service of

27   summons in California the plaintiff, not the defendant, has the burden to prove by a preponderance

28

Add Page

of the evidence the validity of the service and the court's jurisdiction over the defendant with a **defective case number**, which makes the **defective** service proven **beyond a reasonable doubt** entirely **defective**.

SUPPORTING PAPERS

This motion is based on this notice; all pleadings, papers, and records on file in this action; matters of which the Court takes judicial notice; the accompanying supporting memorandum and declaration of the defendant; and on such evidence as may be presented at the hearing.

Dated: March 20th, 2020

By: X 

Derrick Sun Lee

Defendant in Pro Se

DECLARATION OF DEFENDANT IN SUPPORT OF MOTION TO QUASH SERVICE OF SUMMONS AND MOTION TO VACATE DEFAULT JUDGMENT

I, Derrick Sun Lee, Defendant, deny all allegations in response to an aggressor as lawful self-defense, but hereby only declare:

1. I am named as the defendant in this matter and reside at 710 Silver Valley Trail, in Walnut, California. I have never been personally served "in hand" with a copy of the summons and complaint in this case. I am informed and believe that, on or about February 3rd, 2020, a process server/attorney which is attached as Exhibit "A" left some legal documents on my doorstep tree. (according to yelp.com)

I was never served in person the summons since i was out of town , and only had notice of the lawsuit after judgment. **Actually, the case number on the court filed proof of no service clearly says "0" or number 0, to follow exact procedural court policies, its supposed to be "O" or O for Oscar, hence, defective service. Since wrong case number is proven and guaranteed as only defective service.**

2. On February 3rd, 2020 alias John R. Benson or Gonzalo Prince, (hereafter Prince) is a process server employed by Attorney John R. Benson specializing in Ligation of Family Law cases. He was charged with the task of serving the process. On February 4th, 2020, he signed a sworn affidavit of service stating that he had "personally served" or in hand defendant on February 3rd, 2020 at 7:30pm at the latter's residence or doorstep, which is attached as Exhibit "B"

I was never served in person the summons since i was out of town , and only had notice of the lawsuit after judgment. **Actually, the case number on the court filed proof of no service clearly says "0" or number 0, to follow exact procedural court policies, its supposed to be "O" or O for Oscar, hence, defective service. Since wrong case number is proven and guaranteed as only defective service.**

Add Page

3. On February 3rd, 2020, defendant had been "out of town" in Irvine until 615pm when he left Irvine and returned back at 845pm. Upon his return, he saw 1 copy of the summons and complaint at his doorstep tree, nothing was ever mailed. California is not a mail and nail state, therefore, it appears Prince "personally served" the doorstep tree and assumed it was the defendant and intentionally falsified court documents alleging what he assumed to be the defendant, but was and still is a doorstep tree. One of the requirements of a legitimate process server is not a party to the Litigation of Family Law cases, out of town proof attached as Exhibit "C". 1 person service

I was never served in person the summons since i was out of town , and only had notice of the lawsuit after judgment. **Actually, the case number on the court filed proof of no service clearly says "0" or number 0, to follow exact procedural court policies, its supposed to be "O" or O for Oscar, hence, defective service. Since wrong case number is proven and guaranteed as only defective service.**

4. Prince personally wrote WV250 on sworn affidavit of service, i have no idea what that is.

Proof of no service if the Defendant's name which includes a cross is NOT correctly named in the proof of no service with a cross according to common sense, then Defendant was never mentioned, so IS WV250 without a cross, this time, defective, invalid, or lacks any legal effect period. Actually, the case number on the court filed proof of no service clearly says "0" or number 0, to follow exact procedural court policies, its supposed to be "O" or O for Oscar, hence, defective service. Since wrong case number is proven and guaranteed as only defective service. I was never served summons and complaint, i only received notice of judgment, beyond a reasonable doubt in addition a different case number. Extremely defective

*5. CLETS form-001, section 3 states "Describe any xxxx or xxxxxxx the person in 2) owns or has access to, CLETS-001 was "never filled out", or defective, according to procedural code or as long as it has the required information provided which never did, defective CLETS-001*

6. https://www.courts.ca.gov/1283.htm section 5. Make at least 3 copies of all your forms (except Form CLETS-001) One copy will be for you, 1 for your employee, and 1 to serve on the respandant) never owned or had access to either one in 6., mentioned above with "never filled out"

7. On January 27th, 2020, which occured right "before" this allegedly wrongly enjoined TRO was filed on January 30th, 2020, i had engaged first just a few days prior, filing a lawsuit is a constitutionally protected right which is concurrently pending, §527.8(c) states the following.

"This section does not permit a court to issue a temporary restraining order or order after hearing prohibiting speech or other activities that are constitutionally protected, or otherwise protected by Section 527.3 or any provision of law". Another reason justifying dissolution of a TRO is to show that the court abused its discretion by entering the TRO in the first place. Murges v. Bowman, 254 Ill. App. 3d 1071, 1081, 627 N.E.2d 330, 337 (1st Dist. 1993)). Because the petitioner refused to notify the court in regards to wrongly issuing/entering the TRO with trespassing access first hand proof, we decided to notify the court as a result instead attached as Exhibit "D".

or

Requesting to issue a temporary ex parte protection order as relief it was and still is against the law if respondent is engaged in a constitutionally protected activity under §527.8(c), illustrated below:

Add Page

"A workplace vxxxxxxe protection order may not be "issued" if respondent is engaged in a constitutionally protected activity or legitimate labor dispute". TRO was wrongly "issued" due to petitioner's backdooring unethical tactics, certainly they were already notified well in advance, it was and still is against the law, to even attempt to file a later proven intentional fraudulent complaint, and refused to disclosed it when the law required it under actual penalty of perjury under the laws of the State of California with dirty hands.

8. Unclean hands affirmative defense, also referred to as the dirty hands doctrine, is a type of legal doctrine that operates as a defense to a complaint. If a defendant can prove that the plaintiff has unclean hands or acted unethically, then the plaintiff's complaint should be dismissed. The unethical behavior that the plaintiff displayed must be in relation to the complaint itself. The plaintiff is the aggressor actually by forcing their way in my private property computer which is not a company computer and trespassing or monitoring myself without my consent or approval in unlawfully bad faith, which is attached as Exhibit "E" and "F", as a "dirty dog will not have justice by the court". The doctrine is often stated as "those seeking equity must do equity" or "equity must come with clean hands". amazondotcom.xml is the filename with unauthorized harassing access. Code of Civil Procedure ("CCP") section 437c governs <u>motion for summary judgment</u>. A defendant may prevail if he or she establishes an affirmative defense to the cause of action. (CCP437c(o)(2).)

Three prong test

1. A defendant may prevail if he establishes an affirmative defense to the cause of action AND CODE OF CIVIL PROCEDURE ("CCP") SECTION 437C GOVERNS MOTION FOR SU'MMARY JUDGMENT. The petitioner's malicious prosecution claim is barred by the doctrine of unclean hands because petitioner engaged in unconscientious unlawful trespassing misconduct related to the transaction or matter before this Court. Misconduct in the particular transaction or connected to the **subject matter(federal)** of the litigation that affects the equitable relations between the litigants is sufficient to trigger the unclean hands defense.

A. Unclean hands defense

To determine if the particular misconduct will invoke the defense of unclean hands and bar petitioner's claim for relief, courts apply a three-prong test:

1) Analogous Case Law

Under the first prong of the test, the Court first considers analogous case law allowing the defense to the corresponding claim. Following the analysis described in Kendall, unclean hands has firmly been established as a defense to a malicious prosecution claim. Where, as here, a petitioner's misconduct is found in the transaction giving rise to the underlying previous action (Kendall at 981.). As such, the first prong is met, wherein, Kendall filed and prosecuted the **federal** action without probable cause and for the purpose of harassing a competitior. Amazondotcom.xml filename actually states the petitioner's corporation name, thereof, it is related and connected forever to all causes of actions, which includes unlawful trespassing harassing access as an action.

2) Nature of Misconduct

The second prong of the test examines the nature of the misconduct. Any unconscionable trespassing misconduct on another party's private property and refusing to leave after being uniformly notified. The misconduct that relates to the transaction may give rise to the defense of unclean hands and bar relief.

Id; Aguayo v. Amaro (2013) 213 cal.App.4 1102, 1110. The petitioner was never authorized nor had any permission to unlawfully access my protected Computer for intentional fraudalent monitoring actvity. As such, the second prong is met. [any misconduct that violates conscience, good faith or other equitable standards of conduct is sufficient to invoke the doctrine of unclean hands]. Its bad faith to trepass on someone elses private property and refuse to leave after being notified as such and then allege we trepassed in their private property location, when its "unknown"?

3) Relationship between misconduct and claimed injury

The third prong of the test examines the relationship between the misconduct and the claimed injuries. While the determination of the unclean hands defense cannot be distorted into a proceeding to try the general morals of the parties, any misconduct involving the underlying litigation suffices to trigger the unclean hands defense (Kendall at 979, 985-86; internal citations omitted.) The unclean hands defense in a malicious prosecution claim is not limited to a party's justification for filing a malicious prosecution action, but rather, "unclean hands concerns the far broader question of a party's misconduct in the matter." (Kendall 986.) Courts consider the larger picture and find the unclean hands defense proper where the petitioner's misconduct "infected" the malicious prosecution cause of action, <u>or the misconduct is directly related to the transaction giving rise to the complaint-of the underlying lawsuit.</u> (Kendall at 985; internal citations omitted.) The unethical behavior that the petitioner displayed must be in relation to the complaint itself, here, for example, it is due to petitioner's own wrongdoing in a malicious prosecution claim based on intentional and fraudalent misconduct **made under oath and under penalty of perjury which was proven to be defective and unethical behavior. Its not my fault if petitioner's counsel decided to commit extrinic fraud starting from proof of service, along with pre-existing backdoor, which is directly related to more extrinic fraud by signing a fraudalent complaint(s) on behalf of a never existed employee Robert Ehrmentrout.**

Here, the underlying lawsuit forming the basis of a malicious prosecution claim concerns the decision the petitioner "infected" by filing and also falsifying a fraudalent petition filled with false allegations later proven to be completely fabricated or unrelated to the respondent in self-defense. **As such, the relationship between misconduct and claimed injury has also been met.** This is also abuse of privacy and unfair business practices to intentionally commit and intentionally refuse to disclose required pending assets as required by law from associating with proven fraud on the court. If the petitioner acted in bad faith such as intentional fraud when formulating the petition for malicious prosecution, the defendant would than be able to raise the unclean hands defense. In defending the malicious prosecution claim, respondent has proven and never existed Robert Ehrmentrout also admits to that he is actually <u>**John Fortunato Jr.**</u> **and that Robert Ehrmentrout is not a real Amazon.com, Inc. employee. Robert E. also goes on to admiting that he doesnt have any idea of the material fact of his age? or admissible guilt Robert E. is completely defective and a proven false identity since its not even possible to have 2 or more identities. Where is the notary public when you need it, certainly, i believe petitioner can afford the costs of $10, no wonder since one more time, Robert E. never existed, all thats required for a notary public is a defective proof of identity card, no wonder, since never existed Amazon.com, Inc. employee never even had a defective proof of identity to begin with. Only authorized real employees can sign on behalf of any corporation unless that is of course, getting paid to defraud victims of Default Judgment(s) as a secondary identity.** <u>**And thus, petitioner's own misconduct is directly linked to, and infects the claimed injury for which petitioner now seeks remedy.**</u>

<u>The petitioner's own misconduct had precipitated those actions and thus affected the equitable relations between the litigants in the malicious prosecution action.</u>

Add Page

9. California's Anti-Slapp CCP § 425.16(c)(2) states, A defendant who prevails on a special motion to strike in an action subject to a paragraph (1) shall not be entitled to attorney's fees and costs if that cause of action is brought pursuant to Section 6259, 11130, 11130.3, 53960, or 59460.1 of the Government code. To challenge a lawsuit as a SLAPP, you need to show that the plaintiff is suing you for an "act in furtherance of [your] right of petition or free speech under the United States or California **Constitution** in connection with a public issue. Since we had filed a lawsuit first with our constitutionally protected right, the plaintiff arose and retaliated against us with a TRO lawsuit. This is very intimidating and harassing behavior, attached as exhibit "E" and "F" harassing us daily 24 hours a day.

10. **CA(ex parte)**,when filing a petition for an order, the court must consider the following proof, threats of vxxxxxxxxe by the respondent to another within the last <u>six months.</u> Six months incident never occured and burden of proof is on the petitioner for the order,medical report never existed and <u>entirely illegal petition.</u>

To vacate a default judgment, allegations of possible fraud must be proven, i will prove at least 4 cases of intentional fraud made under oath and under penalty of perjury.

1) form WV-100, section 7. restraining order requests require the petitioner to DISCLOSE IF THERE ARE ANY "RELATED" CIVIL MATTERS IN PROGRESS OR THAT HAVE BEEN DECIDED IN THE PAST BETWEEN THE PARTIES. however, petitioner has unclean hands devastating proof of unauthorized fraudalent access "already" and still does to this very day hence, petitioner is verified as the only fraudalent aggressor here.

a. Motions brought within California Code of Civil Procedure §473 and §473.5

First, "[t]he court may, upon any terms as may be just, relieve a party...from a judgment...taken against him or her through his or her mistake, inadvertence, surprise, or excusable neglect." [California Code of Civil Procedure §473(b)]. Further, a motion to set aside a default judgment "shall be served and filed within a reasonable time, but in no event exceeding the earlier of: (i) two years after entry of a default judgment...or (ii) 180 days after service on him or her of a written notice that the default or default judgment has been entered." (California Code of Civil Procedure §473.5). To be excusable, the neglect must have been the act or omission of a reasonably prudent person under the circumstances. This is the best-case scenario for a motion to set aside to prove successful.

b. Motions brought using the equitable power of the court

Apart from any statutory authority, the Court has inherent, equitable power to set aside a judgment on the ground of "**extrinsic fraud** or mistake." (Olivera v. Grace, (1942) 19 Cal.2d 570, 576; Sporn v. Home Depot USA, Inc., (2005) 126 Cal.App.4th 1294, 1300). To prevail a party must show that a meritorious defense exists, a satisfactory excuse for not presenting a defense to the original action, and diligence in seeking to set aside the default once it was discovered. (Id. at 1301). "The time limit for filing of such a motion ... is a reasonable time from discovery of the default judgment irrespective of when it may have been entered." (Munoz v. Lopez, (1969) 275 Cal.App.2d 178, 181; citing Weitz v. Yankosky, 63 Cal.2d 849; Bennett v. Hibernia Bank, 47 Cal.2d 540; Hayes v. Risk, 255 Cal.App.2d 613; Fidelity Bank v. Kettler, 264 Cal.App.2d 481). To succeed in a motion to set aside outside the statutory period a party must show 1) a defense to the lawsuit and 2) an excuse for not presenting the defense timely. Lack of service or detective/false service is treated as **extrinsic fraud** and will always fulfill the excuse requirement. (Munoz v. Lopez, (1969) 275 Cal.App.2d 178, 181). That leaves the requirement that the moving party have a defense.

"Fabrication of evidence by an attorney"is verified completely as "**Extrinsic Fraud**",or illegal ex-parte petition

Add Page

This is at least the 1st proof of beyond a reasonable doubt of intentional fraud by petitioner. Due to unauthorized unclean hands backdoor by Amazondotcom.xml, which proves petitioner already received notice of in progress civil case number 20WCSC00382 filed first on Jan 27th 2020. attached as exhibit "D"

2) form WV-100, section 8(b), states "Address of workplace" was intentionally not filled out or defective petition

a. Motions brought within California Code of Civil Procedure §473 and §473.5

First, "[t]he court may, upon any terms as may be just, relieve a party...from a judgment...taken against him or her through his or her mistake, inadvertence, surprise, or excusable neglect." [California Code of Civil Procedure §473(b)]. Further, a motion to set aside a default judgment "shall be served and filed within a reasonable time, but in no event exceeding the earlier of: (i) two years after entry of a default judgment...or (ii) 180 days after service on him or her of a written notice that the default or default judgment has been entered." (California Code of Civil Procedure §473.5). To be excusable, the neglect must have been the act or omission of a reasonably prudent person under the circumstances. This is the best-case scenario for a motion to set aside to prove successful.

b. Motions brought using the equitable power of the court

Apart from any statutory authority, the Court has inherent, equitable power to set aside a judgment on the ground of "**extrinsic fraud** or mistake." (Olivera v. Grace, (1942) 19 Cal.2d 570, 576; Sporn v. Home Depot USA, Inc., (2005) 126 Cal.App.4th 1294, 1300). To prevail a party must show that a meritorious defense exists, a satisfactory excuse for not presenting a defense to the original action, and diligence in seeking to set aside the default once it was discovered. (Id. at 1301). "The time limit for filing of such a motion ... is a reasonable time from discovery of the default judgment irrespective of when it may have been entered." (Munoz v. Lopez, (1969) 275 Cal.App.2d 178, 181; citing Weitz v. Yankosky, 63 Cal.2d 849; Bennett v. Hibernia Bank, 47 Cal.2d 540; Hayes v. Risk, 255 Cal.App.2d 613; Fidelity Bank v. Kettler, 264 Cal.App.2d 481). To succeed in a motion to set aside outside the statutory period a party must show 1) a defense to the lawsuit and 2) an excuse for not presenting the defense timely. Lack of service or detective/false service is treated as **extrinsic fraud** and will always fulfill the excuse requirement. (Munoz v. Lopez, (1969) 275 Cal.App.2d 178, 181). That leaves the requirement that the moving party have a defense.

"Fabrication of evidence by an attorney"is verified completely as "**Extrinsic Fraud**",or illegal ex-parte petition

**This is at least the 2nd proof of beyond a reasonable doubt of intentional fraud by petitioner, since under oath and under penalty of perjury, i have no idea where this so-called workplace is, or even exists? it very likely doesnt even exist without any known address?**

3) form WV-100, section 8(d), states"Was the employee harmed or injured?" one of the boxes was intentionally not even filled out or checked or defective petition.

a. Motions brought within California Code of Civil Procedure §473 and §473.5

First, "[t]he court may, upon any terms as may be just, relieve a party...from a judgment...taken against him or her through his or her mistake, inadvertence, surprise, or excusable neglect." [California Code of Civil Procedure §473(b)]. Further, a motion to set aside a default judgment "shall be served and filed within a reasonable time, but in no event exceeding the earlier of: (i) two years after entry of a default judgment...or (ii) 180 days after service on him or her of a written notice that the default or default judgment has been entered." (California Code of Civil Procedure §473.5). To be excusable, the neglect must have been the act or omission of a reasonably prudent person under the circumstances. This is the best-case scenario for a motion to set aside to prove successful.

b. Motions brought using the equitable power of the court

Apart from any statutory authority, the Court has inherent, equitable power to set aside a judgment on the ground of "**extrinsic fraud** or mistake." (Olivera v. Grace, (1942) 19 Cal.2d 570, 576; Sporn v. Home Depot USA, Inc., (2005) 126 Cal.App.4th 1294, 1300). To prevail a party must show that a meritorious defense exists, a satisfactory excuse for not presenting a defense to the original action, and diligence in seeking to set aside the default once it was discovered. (Id. at 1301). "The time limit for filing of such a motion ... is a reasonable time from discovery of the default judgment irrespective of when it may have been entered." (Munoz v. Lopez, (1969) 275 Cal.App.2d 178, 181; citing Weitz v. Yankosky, 63 Cal.2d 849; Bennett v. Hibernia Bank, 47 Cal.2d 540; Hayes v. Risk, 255 Cal.App.2d 613; Fidelity Bank v. Kettler, 264 Cal.App.2d 481). To succeed in a motion to set aside outside the statutory period a party must show 1) a defense to the lawsuit and 2) an excuse for not presenting the defense timely. Lack of service or detective/false service is treated as **extrinsic fraud** and will always fulfill the excuse requirement. (Munoz v. Lopez, (1969) 275 Cal.App.2d 178, 181). That leaves the requirement that the moving party have a defense.

"Fabrication of evidence by an attorney"is verified completely as "**Extrinsic Fraud**",or illegal ex-parte petition

**This is at least the 3rd proof of beyond a reasonable doubt of intentional fraud by petitioner, since under oath and under penalty of perjury, i have no idea where this so-called private property location even is to act upon?**

4) form WV-100, section 8(e), states "Did the respondent use or threaten to use a xxx or any other wxxxxn?" one of the boxes was intentionally not even filled out or checked or defective petition again at 2X.

a. Motions brought within California Code of Civil Procedure §473 and §473.5

First, "[t]he court may, upon any terms as may be just, relieve a party...from a judgment...taken against him or her through his or her mistake, inadvertence, surprise, or excusable neglect." [California Code of Civil Procedure §473(b)]. Further, a motion to set aside a default judgment "shall be served and filed within a reasonable time, but in no event exceeding the earlier of: (i) two years after entry of a default judgment...or (ii) 180 days after service on him or her of a written notice that the default or default judgment has been entered." (California Code of Civil Procedure §473.5). To be excusable, the neglect must have been the act or omission of a reasonably prudent person under the circumstances. This is the best-case scenario for a motion to set aside to prove successful.

b. Motions brought using the equitable power of the court

Add Page

Apart from any statutory authority, the Court has inherent, equitable power to set aside a judgment on the ground of "**extrinsic fraud** or mistake." (Olivera v. Grace, (1942) 19 Cal.2d 570, 576; Sporn v. Home Depot USA, Inc., (2005) 126 Cal.App.4th 1294, 1300). To prevail a party must show that a meritorious defense exists, a satisfactory excuse for not presenting a defense to the original action, and diligence in seeking to set aside the default once it was discovered. (Id. at 1301). "The time limit for filing of such a motion ... is a reasonable time from discovery of the default judgment irrespective of when it may have been entered." (Munoz v. Lopez, (1969) 275 Cal.App.2d 178, 181; citing Weitz v. Yankosky, 63 Cal.2d 849; Bennett v. Hibernia Bank, 47 Cal.2d 540; Hayes v. Risk, 255 Cal.App.2d 613; Fidelity Bank v. Kettler, 264 Cal.App.2d 481). To succeed in a motion to set aside outside the statutory period a party must show 1) a defense to the lawsuit and 2) an excuse for not presenting the defense timely. Lack of service or detective/false service is treated as **extrinsic fraud** and will always fulfill the excuse requirement. (Munoz v. Lopez, (1969) 275 Cal.App.2d 178, 181). That leaves the requirement that the moving party have a defense.

"Fabrication of evidence by an attorney"is verified completely as "**Extrinsic Fraud**",or illegal ex-parte petition

**According to the requirements of the form WV-100 itself, it states "State whether a xxx or other wxxxxn was theatened or used by the respondent to be restrained during this <u>most recent incident</u>. If one was threatened or used, write a brief explanation below"**

**This is at least the 4th proof of beyond a reasonable doubt of intentional fraud by petitioner, since under oath and under penalty of perjury, i have no idea where this false allegation came from, its very possible the petitioner is describing themselves and intentionally forgot about proving to the court and they are actually testifying to intentional fraud made under oath and under penalty of perjury about <u>themselves?</u>**

**11.** Petitioner's malcious prosecution claim is barred by the doctrine of unclean hands because petitioner's engaged in unconscientious harassment conduct directly related to the transaction or matter before this Court. (Amazondotcom.xml)

**12.** <u>The petitioner had continued to contact respondant or had attempted to illegally trepass in spite of filing a friviolous and false petition, suggesting petitioner never did fear respondent and never even needed any restraining order to be protected since petitioner has proven beyond a reasonable doubt no fear of respondent's lawful acts of self-defense period.</u>

13. The First Amendment of the U.S. Constitution, along with the California Constitution, protect expression that engages in some fashion in public dialogue, seeking to persuade or taking action on the basis of one's beliefs.

The court granted the city's application for a TRO. However, when the city pursued a permanent injunction protecting the employees's safety concerns, ordered the parties to prepare a mutually-agreeable plan allowing the protestor to protest in a designated zone across the street from the police department. Thus, the protestor avoided a permanent injunction being issued and the local agency kept the protester a safe distance away from police personnel. §527.8(c) **City of Pomona v. Muhammad Abdullah (L.A. Sup. Court Case No. KS 013546)**

However, i still have a pending civil case number **20WCSC00382** filed first on January 27th, 2020 in pursuant to uphold my constitutionally protected right to dissent and engage the public.

Add Page

14. The employer may seek protection under this law IF the following is proven:

1. an employee has suffered unlawful violence or a credible threat of violence from any individual

a) lawful self defense is an affirmative defense IN RESPONSE TO AN AGGRESSOR SINCE SELF DEFENSE IS LAWFUL DUE TO AMAZONDOTCOM.XML or amazondotcom.xml defined as the first striker, any response after being struck, is defined as "self-defense", as your standing your ground in response after being struck, can only be a second striker? Aggressor continues to first strike respondent every single day, 7 days a week.

b) credible threat of violence is a knowingly and willful statement or course of conduct that would place a reasonable person in fear for his or her safety? why is petitioner contacting/striking me everyday, because they are not in fear of their safety.

2. the unlawful violence was carried out in the workplace, or threat of violence can be reasonble construed to be carried out in the workplace

i have no idea where this workplace is i presume it doesnt exist or frivolous claim/false claim.

3. the respondent is not engaged in constitutionally protected activity.

respondent is engaged in free speech constitiutionally protected activity since 1/27/2020 when respondent filed First in civil case number which is 20WCSC00382

15. Lawful self-defense acts responding to an aggressor as a second striker, based upon Amazondotcom.xml devastating evidence, we are clearly not the aggressor here, but rather the "victim" instead. This is a perfect beyond a reasonable doubt at 100% evidence. Amazondotcom.xml aggressor proof clearly isnt us, as any reasonable person will quickly assert the same. We are just responding in "defense" to unlawful aggressive tactics. Since lawful acts of self-defense are permitted in response, its impossible for us to unlawfully abuse as a first striker aggressor. As a result, we have clearly proven that we did nothing in connection to being accused of having done any misconduct. Being accused of unlawful hearsay, proven later to be 100% lawful.

16. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct with clear and convincing evidence.

Dated: March 20th, 2020

By: X _____

Derrick Sun Lee

Defendant in Pro Se

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SQUASH SERVICE OF SUMMONS

AND MOTION TO VACATE DEFAULT JUDGMENT

In support of the attached Motion to Quash Service of Summons and also to vacate default judgment, Defendant, Derrick Sun Lee, proffers the following argument and points of law:

ARGUMENT

Add Page

The First Amendment of the U.S. Constitution, along with the California Constitution, protect expression that engages in some fashion in public dialogue, seeking to persuade or taking action on the basis of one's beliefs.

The court granted the city's application for a TRO. However, when the city pursued a permanent injunction protecting the employees's safety concerns, ordered the parties to prepare a mutually-agreeable plan allowing the protestor to protest in a designated zone across the street from the police department. Thus, the protestor avoided a permanent injunction being issued and the local agency kept the protester a safe distance away from police personnel. **§527.8(c) City of Pomona v. Muhammad Abdullah (L.A. Sup. Court Case No. KS 013546)**

However, i still have a pending civil case number **20WCSC00382** filed first on January 27th, 2020 in pursuant to uphold my constitutionally protected right to dissent and engage the public.

A. LAW AUTHORIZING A MOTION TO QUASH SERVICE IN CALIFORNIA DUE TO DEFECTIVE SERVICE

Code of Civil Procedure section § 418.10 states that,

(a) A defendant, on or before the last day of his or her time to plead or within any further time that the court may for good cause allow, may serve and file a notice of motion for one or more of the following purposes:

(1) To quash service of summons on the ground of lack of jurisdiction of the court over him or her.

(2) To stay or dismiss the action on the ground of inconvenient forum.

(3) To dismiss the action pursuant to the applicable provisions of Chapter 1.5 (commencing with Section 583.110) of Title 8.

(b) The notice shall designate, as the time for making the motion, a date not more than 30 days after filing of the notice. The notice shall be served in the same manner, and at the same times, prescribed by subdivision (b) of Section 1005. The service and filing of the notice shall extend the defendant's time to plead until 15 days after service upon him or her of a written notice of entry of an order denying his or her motion, except that for good cause shown the court may extend the defendant's time to plead for an additional period not exceeding 20 days.

(c) If the motion is denied by the trial court, the defendant, within 10 days after service upon him or her of a written notice of entry of an order of the court denying his or her motion, or within any further time not exceeding 20 days that the trial court may for good cause allow, and before pleading, may petition an appropriate reviewing court for a writ of mandate to require the trial court to enter its order quashing the service of summons or staying or dismissing the action. The defendant shall file or enter his or her responsive pleading in the trial court within the time prescribed by subdivision (b) unless, on or before the last day of the defendant's time to plead, he or she serves upon the adverse party and files with the trial court a notice that he or she has petitioned for a writ of mandate.

The service and filing of the notice shall extend the defendant's time to plead until 10 days after service upon him or her of a written notice of the final judgment in the mandate proceeding. The time to plead may for good cause shown be extended by the trial court for an additional period not exceeding 20 days.

## B. JURISDICTION IS REQUIRED FOR AN ENFORCEABLE JUDGMENT

(d) No default may be entered against the defendant before expiration of his or her time to plead, and no motion under this section, or under Section 473 or 473.5 when joined with a motion under this section, or application to the court or stipulation of the parties for an extension of the time to plead, shall be deemed a general appearance by the defendant.

(e) A defendant or cross-defendant may make a motion under this section and simultaneously answer, demur, or move to strike the complaint or cross-complaint.

(1) Not withstanding Section 1014, no act by a party who makes a motion under this section, including filing an answer, demurrer, or motion to strike constitutes an appearance, unless the court denies the motion made under this section. If the court denies the motion made under this section, the defendant or cross-defendant is not deemed to have generally appeared until entry of the order denying the motion.

(2) If the motion made under this section is denied and the defendant or cross-defendant petitions for a writ of mandate pursuant to subdivision (c), the defendant or cross-defendant is not deemed to have generally appeared until the proceedings on the writ petition have finally concluded.

(3) Failure to make a motion under this section at the time of filing a demurrer or motion to strike constitutes a waiver of the issues of lack of personal jurisdiction, inadequacy of process, inadequacy of service of process, inconvenient forum, and delay in prosecution.

## C. MOTION TO VACATE DEFAULT JUDGMENT

**Under CCP § 473(b), the court may set aside a default and default judgment if the defendant asking for the set aside presents enough evidence to the court to demonstrate that the default was entered by inadvertence, mistake, surprise, or excusable neglect. This motion must be filed within six months of the default being set aside. "Inadvertence" and "excusable neglect " are virtually synonymous, and are the most common reasons to set aside. In addition to filing a timely motion, the defendant asking for the set aside must present sufficient evidence for the court to find that the inadvertence or neglect was excusable. To be excusable, the neglect must have been the act or omission of a reasonably prudent person under the circumstances. Forgetting about the lawsuit, being too busy to properly respond, or being unable to afford an attorney are not grounds for excusable neglect. Surprise occurs when a party is placed in an injurious legal situation, through no fault or negligence of his or her own, that ordinary prudence would not have guarded against. Extrinsic Fraud often involves fraud on the court. An example of extrinsic fraud is "Fabrication of evidence by an attorney". Alternatively, or exercise its equitable power to set aside the default due to extrinsic fraud or extrinsic mistake.**

D. MOTION TO VACATE DEFAULT JUDGMENT

Under CCP § 473(d), the court may, upon motion of the injured party, or its own motion, correct clerical mistakes in its judgment or orders as entered, so as to conform to the judgment or order directed, and may, on motion of either party after notice to the other party, set aside any void judgment or order. "A brand new case number is an example of a clerical error"

E. Code of Civil Procedure ("CCP") Section 437C governs motion for Summary Judgment

**The First Amendment of the U.S. Constitution, along with the California Constitution, protect expression that engages in some fashion in public dialogue, seeking to persuade or taking action on the basis of one's beliefs.**

**The court granted the city's application for a TRO. However, when the city pursued a permanent injunction protecting the employees's safety concerns, ordered the parties to prepare a mutually-agreeable plan allowing the protestor to protest in a designated zone across the street from the police department. Thus, the protestor avoided a permanent injunction being issued and the local agency kept the protester a safe distance away from police personnel. §527.8(c) City of Pomona v. Muhammad Abdullah (L.A. Sup. Court Case No. KS 013546)**

**However, i still have a pending civil case number 20WCSC00382 filed first on January 27th, 2020 in pursuant to uphold my constitutionally protected right to dissent and engage the public.**

RELIEF REQUESTED

WHEREFORE, AND FOR ALL OF THE ABOVE REASONS, defendant prays that the court grants this motion and order service of summons quashed and also to vacate default judgment.

Dated: March 20th, 2020

By: X _____

Derrick Sun Lee

Defendant in Pro Se

Add Page

# EXHIBIT A

n Divorce & Family Law, Business Law, Estate Planning Law

## About the Business

**John B.**
Business Owner

My cases are primarily family law cases which includes divorce, child custody visitation, and child support. Many clients continue to come back after helping them with their divorce. Sometimes new visitation or support orders are needed, and sometimes people need help with a will or trus...

Read more

## Location & Hours



The Broad 🚇

S Olive St

CIVIC CENTER

s Angeles City Hall

Google

Map data ©2020

316 W 2nd St
Ste 1110
Los Angeles, CA 90012
Downtown

[Get directions]

| | |
|---|---|
| Mon | 8:30 am - 5:00 pm |
| Tue | 8:30 am - 5:00 pm |
| Wed | 8:30 am - 5:00 pm |
| Thu | 8:30 am - 5:00 pm |
| Fri | 8:30 am - 5:00 pm |
| Sat | 10:00 am - 4:00 pm |
| Sun | Closed |

Closed now

🖉 Edit business info

✉ attorneyjohnbbenson.com

📞 (213) 905-3364

➤ Get Directions

## You Might Also Consider

Sponsored ⓘ



**Sweet James**
⭐⭐⭐⭐⭐ 18 reviews
📍 0.3 miles

Traci E. said "I was bitten by a dog and I called James Bergener and from the start they've been..." read more



**Fernandez & Karney**
⭐⭐⭐⭐⭐ 28 reviews
📍 14.4 miles

Susan A. said "I'm tearing up as I write this review. For three years & an enormous amount of..." read more

# EXHIBIT B

(Page 1 of 1)

**WV-200**   Proof of Personal Service

Clerk stamps date here when form is filed

FILED
Superior Court of California
County of Los Angeles

FEB 04 2020

Sheri R. Carter, Executive Officer/Clerk

By _____, Deputy
Veronica Cabrera

1. **Petitioner (Employer)**
   Name: Amazon.com Inc

2. **Employee in Need of Protection**
   Name: Robert Ehrentraut

3. **Respondent (Person From Whom Protection Is Sought)**
   Name: Derrick Lee

4. **Notice to Server**
   The server must:
   - Be 18 years of age or older
   - Not be listed in items ①, ②, or ④ of Form WV-100
   - Give a copy of all documents checked in ⑤ below to the respondent (You cannot send them by mail.) Then complete and sign this form and give or mail it to the petitioner

Fill in court name and street address:
Superior Court of California, County of
Los Angeles
111 N. Hill Street
Los Angeles, CA 90012

**PROOF OF PERSONAL SERVICE**

Court fills in case number when form is filed.
Case Number:
20STR000703

5. I gave the respondent a copy of the forms checked below:
   a. ☒ WV-109, Notice of Court Hearing
   b. ☒ WV-110, Temporary Restraining Order
   c. ☒ WV-100, Petition for Workplace Violence Restraining Orders
   d. ☒ WV-120, Response to Petition for Workplace Violence Restraining Orders (blank form)
   e. ☒ WV-120-INFO, How Can I Respond to a Petition for Workplace Violence Restraining Orders?
   f. ☒ WV-130, Workplace Violence Restraining Order After Hearing
   g. ☒ WV-800, Proof of Firearms Turned In, Sold, or Stored (blank form)
   h. ☒ Other (specify): (WV-120-info, WV250, WV-120-blank forms)

6. I personally gave copies of the documents checked above to the respondent
   a. On (date): February 3, 2020     b. At (time): 7:30     ☐ a.m. ☒ p.m.
   c. At this address: 710 Silver Valley Trail
      City: Walnut                    State: CA        Zip: 91789

7. **Server's Information**
   Name: Gonzalo Ponce                Telephone: 213.922.9400
   Address: 316 W. 2nd Street, Suite 1110
   City: Los Angeles                  State: CA        Zip: 90012

   (If you are a registered process server)
   County of registration: Los Angeles       Registration number: 2018065827

   I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

   Date: February 4, 2020

   Gonzalo Ponce                      ▶ _____
   Type or print server's name                        Sign here

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Optional Form
Approved by DOJ

**Proof of Personal Service**
(Workplace Violence Prevention)

WV-200, Page 1 of 1

# EXHIBIT C

***FREE OFFER ON BACK!!***
Wendy's Restaurant #00012804
5180 Birch St
Newport Beach, CA
(949)554-1567

## DERICK

| Host: Carlos | 02/03/2020 |
| DERICK | 5:20 PM |
| | 10191 |

Order Type: DINE IN

| LARGE COMBO | 8.99 |
| Single Cheese | |
| Large Fries | |
| CMB LG Drink | |

| Total Items 3 | 8.99 |
| Tax | 0.70 |

DINE IN Total            9.69

Cash $                  $10.00

Change                  $0.31

**************************
Want a Free Sandwich?
Take our Survey!
www.TalkToWendys.com
(See Back for Details)
**************************

--- Check Closed ---

No. 861182

RECEIPT
COUNTY OF ORANGE
SHERIFF-CORONER DEPARTMENT

Received of: Derick Sun Lee

Address:

For:

2010CSC 00387

Date 2/3/2020

City

Paid By:
Cash ___ Check No ___

By ___

$40
4:45pm - 5pm

# EXHIBIT D

**SC-100**

## Plaintiff's Claim and ORDER to Go to Small Claims Court

| | |
|---|---|
| | Clerk stamps date here when form is filed. |

**Electronically**
# FILED
By Superior Court of California,
County of Los Angeles on

## JAN 27 2020

SHERRI R. CARTER ,CLERK
BY PATRICIA GREEN, Deputy

### Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California, County of**

WEST COVINA COURTHOUSE
1427 WEST COVINA PARKWAY,
ROOM SCO
WEST COVINA, CA 91790

*Court fills in case number when form is filed.*

**Case Number:**
20WCSC00382

**Case Name:**
DERRICK SUN LEE VS.
AMAZON.COM, INC.

---

### Order to Go to Court

The people in ① and ② **must go to court:** *(Clerk fills out section below.)*

| Trial Date | → | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|---|
| | 1. | 03/27/2020 | 8:30 AM | 3 | |
| | 2. | | | | |
| | 3. | | | | |

Date: 1/27/2020  **SHERRI R. CARTER** Clerk, by ___**PATRICIA GREEN**___ , Deputy

### Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/smallclaims/forms*.
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- Go to court **on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5

ELECTRONICALLY FILED BY SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. (Receipt #1200128613212)

# EXHIBIT E

# EXHIBIT F

```
<SearchPlugin
xmlns="http://www.mozilla.org/2006/browser/search/">
<ShortName>Amazon.com</ShortName>
<Description>Amazon.com Search</Description>
<InputEncoding>ISO-8859-1</InputEncoding>
<Image width="16" height="16">data:image/x-
```
```
icon;base64,iVBORw0KGgoAAAANSUhEUgAAABAAAAAQCAYAAAAf8/9hAAAABGdBT
UEAAK/INwWK6QAAABl0RVh0U29mdHdhcmUAQWRvYmUgSW1hZ2VSZWFkeXHJZTwAAA
HgSURBVHjalFM9TNtQEP4cB7PwM1RITUXIgsRaYEEVEyKZwhiyZAQyd0BhpFOlIjo
BqhjSqVQMoVMLLAjEwECCQJkSkBqJYDOAFOMKFSf28d7DTUxiUDnp/Pzeu/vuu7t3
3ICKF6SLTMv2/lB0fRWKfjwDm4JJisYh0Oo3fpZLYT0SjSCQS8JAFMADNDZ3NZsnf1
taiqVTKi4nGASruk5lkkmTmMMB6JUKFQqQ+DfX1eABWeQoVR6f7HSdM0obqu48Yw8G
1tDT82NsRd1TSbU9BbGPCog8PDj+jLzurFoAVgMh4Xxo6NDQ6SqKi0tL9eBvAB8zZw
ymYxYY7EYAoEA8vm82BNTg6XUIs0MeGTZoRlmhXSnwNl4pmAbjU7mcjkKhkL1ynMn
ntZ4OEw3VyrV8utk7s5TdW++0QXz+
1i3P7IK36t+PCfVn1OQOoOA0gXr5DPak+cPXbBK+/T3S69AtY3L98vZ1or/iLr+p
Tuvr59/A6sO03UdqZFJF/PCKQ3o5CUznoBST2AfbEF/9iqYEDaIfwj73VJPEfgNTe
0tWNYR0uwy9uOW00krgHI7z5ADo2C7v48nLV3XHKAT+x/lmlsX58xsBxg8rZJrDYD
8DHHp4aJj/MK09sXjPOt46PcCzAACXY8/u34wN0AAAAASUVORK5CYII=</Image>
```
```
<Url type="text/html" method="GET"
template="http://www.amazon.com/exec/obidos/external-search/">
  <Param name="field-keywords" value="{searchTerms}"/>
  <Param name="mode" value="blended"/>
  <Param name="tag" value="mozilla-20"/>
  <Param name="sourceid" value="Mozilla-search"/>
</Url>
<SearchForm>http://www.amazon.com/</SearchForm>
</SearchPlugin>
```

# EXHIBIT 3

1

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE
FAMILY LAW DIVISION
111 NORTH HILL STREET, ROOM OR DEPARTMENT
LOS ANGELES, CALIFORNIA 90012

U.S. POSTAGE >> PITNEY BOWES

ZIP 90012
02 4W
0000336112 APR 24  2020
$ 000.50°

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Family Division
### Stanley Mosk Dept. - 63

20STRO00703
Amazon.com, Inc.

vs

Lee, Derrick

April 23, 2020
8:30 AM

Honorable Steve Cochran, Judge

Not Reported, Court Reporter

Jordan Parkhurst, Judicial Assistant

**NATURE OF PROCEEDINGS:** Non-Appearance Case Review re: Dark Department

Based on current conditions, including, but not limited to, the spread of COVID-19, the need for social distancing, and the State of Emergency declared by Governor Newsom, and pursuant to the Administrative Order, dated March 23, 2020, issued by the Presiding Judge, the Court finds good cause to continue the matter(s) as follows:

The 05/27/2020 Request for Order - Other is advanced to this date and is continued to Tuesday, June 30, 2020 at 8:30 AM in Department 63.

The Judicial Assistant shall give notice.

### CLERK'S CERTIFICATE OF MAILING/
### NOTICE OF ENTRY OF ORDER

I, Sherri R. Carter, Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Entry of the above minute order of April 23, 2020 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States Mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Dated: April 23, 2020

By:   /s/ Jordan Parkhurst
Jordan Parkhurst, Deputy Clerk

Minute Order                                                Page 1 of 2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### Family Division
### Stanley Mosk Dept. - 63

20STRO00703

**Amazon.com, Inc.**

vs

**Lee, Derrick**

April 23, 2020
8:30 AM

Nicole S. Phillis, Esq.
Davis Wright Tremaine, LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566

Derrick Lee
710 Silver Valley Trail
Walnut, CA 91789

# EXHIBIT O

# EXHIBIT 1

```
<SearchPlugin
xmlns="http://www.mozilla.org/2006/browser/search/">
<ShortName>Amazon.com</ShortName>
<Description>Amazon.com Search</Description>
<InputEncoding>ISO-8859-1</InputEncoding>
<Image width="16" height="16">data:image/x-
icon;base64,iVBORw0KGgoAAAANSUhEUgAAABAAAAAQCAYAAAAf8/9hAAAABGdBT
UEAAK/INwWK6QAAABl0RVh0U29mdHdhcmUAQWRvYnUJgSW1hZ2VSZWFkeXHJZTwAAA
HgSURBVHjalFN9TNtQEP4cB7PwM1FITUX1gsRaYEEVEyKZwhiyZAQyd0BhpFOlIjo
BqhjSqVQMoVMLLAjEwECCQJkSkBqqJYD0AFOMKFSf28d7DFUxiUDnp/Pzeu/vuu7t3
ICKF6SLTMv2/lBOfRWKfjwDm4JJisYhOOo3fpZLYT0SjSCQ38JAFMADND23NZznf1
taiqvTKi4nGASruk5lkkmTmMB6JUKFCqO+DfX1eABWeQoVR6f7HSdMOobqu48YW8G
1tDT82NsRd1TSbU9BbGPCoq8PDj+jLzurFoAVgMh4XxoNDQ6SqKi0tL9eBvAB0zZw
ymYxYY7EYAoEA8vm82BNTg6XUI2sOMeGTZoRlmhXSnwN14pmAbjJU7mcjkKhkLlynMn
ntZ4OEw3VyrVButk7a5TdW++0QXz+
1i3P7IK36t+PCfVn10QOoOA0gXr5DPak+cPXbBK+/T3S69AtY3LJ98vZlor/iLr+p
Tuvr59/A6s0o3UdqZFJF/PCKQ3o5CUznoBSTZAfbEF/9iqYEDaTfwj73VJPEfgNTe
0tWNYROuwy9uOW0OkrgHI7z5ADo2C7v48nLV3XHKAT+x/1m1sK58xsBxg8rZJrDYD
8DHHp4aJj/MK09sXjjPOt46PcCzAAACX8/u34wN0AAAAASUVORK5CYII=</Image>
<Url type="text/html" method="GET"
template="http://www.amazon.com/exec/obidos/external-search/">
   <Param name="field-keywords" value="{searchTerms}"/>
   <Param name="mode" value="blended"/>
   <Param name="tag" value="mozilla-20"/>
   <Param name="sourceid" value="Mozilla-search"/>
</Url>
<SearchForm>http://www.amazon.com/</SearchForm>
</SearchPlugin>
```

# EXHIBIT 2

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Nicole S. Phillis, SBN 291266<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017<br>TELEPHONE NO. 213-633-6800    FAX NO. 213-633-6899<br>ATTORNEY FOR (Name): Amazon.com, Inc. | **CONFORMED COPY<br>ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>JAN 3 0 2020<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Jordan Parkhurst, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
Amazon.com, Inc. v. Derrick Lee

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER 20STRO00703 |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10) |
| Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort | ☐ Other collections (09)<br>☐ Insurance coverage (18) | ☐ Mass tort (40)<br>☐ Securities litigation (28) |
| ☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☐ Other PI/PD/WD (23) | ☐ Other contract (37)<br>**Real Property**<br>☐ Eminent domain/Inverse<br>condemnation (14) | ☐ Environmental/Toxic tort (30)<br>☐ Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41) |
| Non-PI/PD/WD (Other) Tort | ☐ Wrongful eviction (33) | Enforcement of Judgment |
| ☐ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35) | ☐ Other real property (26)<br>**Unlawful Detainer**<br>☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05) | ☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint (not specified above) (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21) |
| Employment<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | ☐ Petition re: arbitration award (11)<br>☐ Writ of mandate (02)<br>☐ Other judicial review (39) | ☑ Other petition (not specified above) (43) |

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve          in other counties, states, or countries; or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify): 1
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 1/30/2020
Nicole S. Phillis
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) *(if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability (not asbestos or
toxic/environmental) (24)
Medical Malpractice (45)
Medical Malpractice—
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) *(not civil
harassment)* (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
*(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer
or wrongful eviction)*
Contract/Warranty Breach—Seller
Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case—Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage *(not provisionally
complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent
domain, landlord/tenant, or
foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court
Case Matter
Writ–Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
*(arising from provisionally complex
case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment *(non-
domestic relations)*
Sister State Judgment
Administrative Agency Award
*(not unpaid taxes)*
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-
harassment)*
Mechanics Lien
Other Commercial Complaint
Case *(non-tort/non-complex)*
Other Civil Complaint
*(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition *(not specified
above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

CIVIL CASE COVER SHEET

Page 2 of 2

MC-030

DAVIS WRIGHT TREMAINE LLP
Nicole S. Phillis, SBN 291266
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017

TELEPHONE NO.: 213-633-6800   FAX NO. (Optional): 213-633-6899
E-MAIL ADDRESS (Optional): nicolephillis@dwt.com
ATTORNEY FOR (Name): Amazon.com, Inc.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles, CA 90012
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Amazon.com, Inc.

DEFENDANT/RESPONDENT: Derrick Lee

| DECLARATION | CASE NUMBER: |
|---|---|

I, Nicole S. Phillis, declare and state as follows:

I am an attorney at law duly license to practice before all the courts in the State of California. I am an attorney at the law firm of Davis Wright Tremaine LLP and counsel of record for Amazon.com, Inc. ("Amazon") in the present request for a temporary restraining order against Derrick Lee ("Respondent"). All of the matters set forth herein are personally known to me and, if called as a witness, I would and could competently testify thereto.

On January 30, 2020, I, on behalf of Amazon, intend to file a Petition for Workplace Violence Restraining Order ("TRO") and supporting documents with this Court against Respondent.

I did not give notice to Respondent because if Respondent learns of efforts to obtain a TRO before it is in force, it is likely to aggravate Respondent and further escalate his violent, abusive, and harassing threats against the Amazon employees seeking protection from Respondent.

I ask that the court waive notice to Respondent to help prevent an immediate danger and irreparable harm to my client and the persons seeking protection from Respondent.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/30/2020

Nicole S. Phillis
(TYPE OR PRINT NAME)                                    (SIGNATURE OF DECLARANT)

☑ Attorney for  ☐ Plaintiff  ☑ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify)

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]                    DECLARATION

This MC-031

| PLAINTIFF/PETITIONER: Amazon.com, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Derrick Lee | |

## DECLARATION

My name is Robert Ehrmentrout. I am an employee of Amazon.com, Inc. ("Amazon"). I have been a Selling Partner Support Associate for Amazon since May 2017. I am over the age of 18. All of the matters set forth herein are personally known to me and, if called as a witness, I would and could competently testify thereto.

### Amazon's Selling Partner Support (SPS)

Amazon's Selling Partner Support (SPS) Associates are responsible for handling issues with third-party sellers on Amazon's marketplace, including requests for removing negative feedback by an Amazon buyer on the seller's account. As an experienced SPS Associate, I have responded to phone calls for the past three years to provide sellers with support for their Seller Central accounts. I have worked in a supervisory capacity to assist and aid other more junior associates through contacts on the floor and during calls. I routinely respond to associate support requests in real time and have trained multiple other SPS associates.

### Defendant Derrick Lee

Defendant Derrick Lee was a third party seller on Amazon's marketplace. He has a demonstrated history of violent and obscene conduct towards me and other Amazon employees. In particular, over the past several years, Mr. Lee has engaged in a sustained campaign of terrorizing Amazon employees by placing thousands of threatening telephone calls to SPS associates. I am familiar with Mr. Lee's voice and SPS's phone call recording system, which records calls to the SPS line in the regular course of business.

I have personally been subjected to Mr. Lee's attacks, have reviewed thousands of his abusive calls with other Amazon employees, and spent hundreds of hours researching and documenting his behavior. In one instance, Mr. Lee told me, after multiple attempts to discuss his account that he had "accidentally hit the button and the bombs had been released." In another call that was escalated to me, Mr. Lee repeatedly threatened that "all 100 bombs were coming," which I understood to be a direct threat on SPS employees. Mr. Lee has repeatedly threatened to "terminate" me and even stated that he had already "terminated" my bosses, which I also understood to be a death threat. I have suffered emotional trauma and anxiety as a result of Mr. Lee's abusive, violent, and harassing phone calls, and I have witnessed other colleagues also have strong emotional responses, including breakdowns and crying in the workplace, as a result of Mr. Lee's abuse.

Over the past several weeks, Mr. Lee's harassing conduct has become more frequent and with increased threats of violence, prompting Amazon to seek immediate Court intervention.

### Defendant Derrick Lee's Escalating Threatening Behavior

Mr. Lee's violent conduct towards SPS associates and leadership began in 2017, when his account started to receive negative feedback from Amazon buyers. Mr. Lee called SPS to request that Amazon remove the negative feedback from his account. When SPS refused to work outside of the established policy to remove feedback, Mr. Lee began to use inappropriate language, including racial and gender slurs, and made threats to the safety of both SPS associates and leadership.

ATTACHED DECLARATION

Since 2017, Mr. Lee's incessant calls have only escalated in frequency and fury. His abusive and violent conduct has risen to now near-daily abuse. Specifically, Mr. Lee typically calls SPS between 30-80 times on any given day, yelling profanities and threatening to kill SPS employees. In 2019 alone, Mr. Lee made over 10,000 calls to SPS, many of them violent and threatening in nature. In 2020, his conduct appears to be escalating and on some days his calls have exceeded over 100 in a single day.

Indeed, in the past several weeks, Mr. Lee has made hundreds of violent phone calls to Amazon. The following examples are just a fraction of Mr. Lee's incessant frightening threats to SPS associates' and leadership's safety.

On January 27, 2020, Mr. Lee called an SPS associate "you poor piece of shit" and threatened to "kick [his] ass." A true and correct copy of a transcript of the January 27, 2020 call is attached hereto as Exhibit A. On another January 27, 2020 call, Mr. Lee attacked a male SPS associate after the associate asked Mr. Lee whether he was a buyer or a seller at the beginning of the call. In response, Mr. Lee stated "shut the fuck up" "let me talk to your supervisor, third time." After this, Mr. Lee exclaimed "you are the supervisor, fuck you bitch, why are you acting scared? Fuck you!" A true and correct copy of a transcript of the January 27, 2020 call is attached hereto as Exhibit B.

In another instance that I witnessed, Mr. Lee told a female colleague, "You're a cunt, you're a smelly pussy, you're a piece of shit..." on a call. This violent and abusive language caused that associate to break down in tears and seek intervention from a supervisor.

On January 26, 2020, Mr. Lee used violent and abusive behavior toward another SPS associate when he threatened the SPS center, stating "something big is going to happen today, something devastating" and that it would happen "in about one hour!" When the SPS associate asked Mr. Lee to reconsider his decision, Mr. Lee stated, "nothing to reconsider, I already decided." A true and correct copy of a transcript of that January 26, 2020 call is attached hereto as Exhibit C.

On January 13, 2020, Mr. Lee again threatened an SPS associate by stating "is game over now, I don't care what you say," after the associated asked Mr. Lee for his email address to confirm his account. We again understood this to be a direct threat against the SPS associate. A true and correct copy of a transcript of that January 13, 2020 call is attached hereto as Exhibit D.

On December 13, 2019 call, Mr. Lee demanded that a female SPS associate "go suffocate." Throughout the call, he repeatedly called her "bitch" and told her to "shut, up bitch." A true and correct copy of a transcript of that December 13, 2019 call is attached hereto as Exhibit E. This is not the first time that Mr. Lee has used misogynistic behavior to directly target female associates.

On December 10, 2019, Mr. Lee exclaimed to an SPS associate that he is "fighting you guys" and will "keep on attacking you guys." His threats escalated, as Mr. Lee exclaimed he was "getting really close," "it will be over soon," and "I'm trying to shoot something." A true and correct copy of a transcript of that December 10, 2019 call is attached hereto as Exhibit F.

On a December 7, 2019 call, Mr. Lee harassed an SPS associate by spouting a series of abusive expletives—"fuck you," "shut up, bitch," "you fucking retard," "shut the fuck up, you little bitch," you "piece of shit," and "fuck your mom"—all apparently meant to intimidate, as he suggestively demanded "Are you scared?!" A true and correct copy of a transcript of the December 7, 2019 call is attached hereto as Exhibit G.

On another December 7, 2019 call, Mr. Lee apparently became frustrated with a female SPS associate who would not answer his harassing question, "do you like that?" He threatened in response, "Who else wants to get terminated?! . . . You want more dead?! . . . Who else wants to get terminated?!" When the SPS associate asked him to not use profanities (after Mr. Lee said "fucking"), he yelled at her to "not tell me what to do" and again threatened "Who else wants to get terminated?! . . . not enough damages [yet]?!" He purported to go down a numbered list, announced he was "phas[ing] to terminate . . . here we go," and made shooting sounds at the SPS associate. A true and correct copy of a transcript of the December 7, 2019 call is attached hereto as Exhibit H.

On a November 12, 2019 call, Mr. Lee demanded "Who wants to get terminated?" He repeatedly "warn[ed]" an SPS associate, "you better watch what you say, bitch." He threatened, if "you make a mistake, [] my colleagues might have to do something about you. So you better think before you say anything. It's my only warning." Mr. Lee continued to demand the SPS associate answer his question, and again threatened, "[t]hink before you say anything. You make a mistake, you're gonna regret it." The SPS associate perceived these comments as death threats. Mr. Lee also called the associate "trash" and a "little bitch" for simply asking for his account information. A true and correct copy of a transcript of this November 12, 2019 call is attached hereto as Exhibit I.

On October 20, 2019, Mr. Lee called the SPS phone line twice threatening that he was "ready to terminate" SPS associates and leadership. A true and correct copy of the transcripts of one of those phone calls is attached hereto as Exhibit J.

On another call, Mr. Lee threatened that he would "take everything . . . . I'm lethal." He made clear "I can and I will. So don't play games with me . . . Or this is gonna happen. . . . I take it and I have no sympathy, I have no remorse. . . . It's already over. . . . You guys can't even stop it." A true and correct copy of a transcript of this call is attached hereto as Exhibit K.

As another example, Mr. Lee yelled at an SPS associate, "Don't ever play games with me again. I'll just take everything. You don't believe me?!" The SPS associate responded, "Are you threatening me, sir?" A true and correct copy of a transcript of this call is attached hereto as Exhibit L.

In another threatening and frightening call, Mr. Lee told a female SPS associate, "You know how I kill someone? Put them in the trash. Where they rightfully belong. You guys are all trash. . . . Don't play games. Because guess what, I'll take everything in the end. . . . You guys are scared of me. Don't ever make a mistake and play games with me ever again. . . . Hey bitch, are we clear?" He continued to threaten to "take everything right now" until the SPS associate stopped responding. A true and correct copy of a transcript of this call is attached hereto as Exhibit M.

On July 30, 2019, after being subjected to Mr. Lee's verbal attacks and threats, I personally witnessed an SPS associate have a nervous breakdown, start shaking and crying, and eventually end her shift early due to the emotional harm Mr. Lee's obscene and abusive behavior caused.

In addition, Mr. Lee has personally threatened me dozens of times over the past three years. I have anxiety about him calling SPS and it is causing me considerable stress because of his abusive, obscene, and harassing calls.

I, along with hundreds of other Amazon employees, fear for my personal safety and emotional wellbeing. As noted above, I have witnessed the emotional damage Mr. Lee has caused to SPS employees with his obscene, racist, sexist, and violent remarks.

Court Intervention Is Required to Protect SPS Employees

Mr. Lee's repeated death threats and abusive behavior led to Amazon blocking his phone numbers in 2018 and in 2019. Amazon also removed the "click to call" feature from Mr. Lee's account in an attempt to get him to communicate through email only. However, Mr. Lee has maneuvered around our efforts by using restricted numbers or calling Amazon Customer Service and then being internally transferred to SPS. To date, Amazon has blocked over six different phone numbers for Mr. Lee.

We have tried many alternatives to stop Mr. Lee's behavior including locking his number and sending him a cease and desist letter, to no avail.

Mr. Lee's abuse and threats have grown more frequent and disturbing in recent weeks. We have run out of options. We now have no choice but to seek the Court's assistance to protect our employees from this near-constant threat of physical and emotional harm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _01/30/2020_

_Robert Ehmestrout_
(TYPE OR PRINT NAME)

_[signature]_
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☒ Petitioner  ☐ Defendant

☐ Respondent  ☐ Other (Specify)

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Amazon.com, Inc. v. Derrick Lee | |

ATTACHMENT *(Number):* 8c

*(This Attachment may be used with any Judicial Council form.)*

Describe what happened.

Derrick Lee is a former Amazon third-party seller who has a demonstrated history of terrorizing, threatening, and abusing Amazon employees. Mr. Lee has placed over 30,000 calls to Amazon's Selling Partner Support ("SPS") phone line for no purpose other than to harass, terrorize, and harm Amazon employees. During those calls, Mr. Lee uses violent and abusive language, including frequent death threats. Mr. Lee also uses obscene language and in many cases, he appears to target his abuse on associates based on their gender, race, or ethnicity. Mr. Lee has personally threatened Robert Ehrmentrout many times over the past two years.

Given Mr. Lee's repeated death threats and abusive behavior, Mr. Ehrmentrout and other Amazon employees fear for their personal safety and emotional well-being. Beyond this threat, Mr. Lee has inflicted actual emotional and resulting physical harm to many Amazon employees through his abusive calls, resulting in at least one employee suffering a nervous breakdown that required the employee to leave work (on July 30, 2019). In the past several weeks, Mr. Lee's violent conduct has grown more frequent and disturbing. It has escalated to the point where his abusive calls to SPS regularly exceed 50 times per day. Sometimes he calls in excess of 100 times per day.

To illustrate, on January 27, 2020, Mr. Lee called an SPS associate "you poor piece of shit" and threatened to "kick [his] ass." In another call on the same day, Mr. Lee told another SPS employee to "shut the fuck up" and "why are you acting scared?" Just the day before on January 26, 2020, Mr. Lee threatened the safety of the SPS center, stating "something big is going to happen today, something devastating."

On a December 10, 2019 call, Mr. Lee threatened to "keep attacking" Amazon employees, exclaiming "it will be over soon...I'm trying to shoot something."

On a December 7, 2019 call, after becoming frustrated that a female Amazon call center employee would not answer his harassing question, "Do you like that?", Mr. Lee demanded "Who else wants to get terminated?!...You want more dead?!" and made gun shooting sounds through the phone at the employee.

On October 20, 2019, and October 31, 2019, Mr. Lee called the SPS phone line on three separate occasions, threatening that he was prepared to "terminate" SPS employees and leadership. On many other calls, Mr. Lee has told SPS associates that he is "lethal," loves to "terminate," "can take everything" from them and have "no sympathy or remorse." On yet another call, he told an employee, "You know how I kill someone? Put them in the trash...Don't ever make a mistake and play games with me ever again...Hey bitch, are we clear?"

Amazon has tried many alternatives to seek protection for its employees from Mr. Lee, including shutting down his seller account, blocking his phone numbers, and sending him a cease and desist letter. None of these alternatives have worked, as Mr. Lee continues to engage in the violent conduct, which is increasing in its threats of grievous harm and violence, frequency and tone. Having run out of options, Amazon now requires Court intervention to protect its call center employees from this near-constant threat of physical and emotional harm.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___1___ of ___1___

*(Add pages as required.)*

www.courtinfo.ca.gov

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

ATTACHMENT
to Judicial Council Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Amazon.com, Inc. v. Derrick Lee | |

ATTACHMENT (Number): 4b

*(This Attachment may be used with any Judicial Council form.)*

Why do these people need protection?

Derrick Lee is a former Amazon third-party seller who has a demonstrated history of terrorizing, threatening, and abusing Amazon employees. Mr. Lee has placed over 30,000 calls to Amazon's Selling Partner Support ("SPS") phone line for no purpose other than to harass, terrorize, and harm Amazon employees. During those calls, Mr. Lee uses violent and abusive language, including frequent death threats. Mr. Lee also uses obscene language and in many cases, he appears to target his abuse on associates based on their gender, race, or ethnicity. Mr. Lee has personally threatened Robert Ehrmentrout several times over the past two years.

Given Mr. Lee's repeated death threats and abusive behavior, Mr. Ehrmentrout and other Amazon employees fear for their personal safety and emotional well-being. Beyond this threat, Mr. Lee has inflicted actual emotional and resulting physical harm to many Amazon employees through his abusive calls, resulting in at least one employee suffering an emotional breakdown that required the employee to leave work (on July 30, 2019). In the past several weeks, Mr. Lee's violent conduct has grown more frequent and disturbing. It has escalated to the point where his abusive calls to SPS regularly exceed 50 times per day. Sometimes he calls in excess of 100 times per day.

To illustrate, on January 27, 2020, Mr. Lee called an SPS associate "you poor piece of shit" and threatened to "kick [his] ass." In another call on the same day, Mr. Lee told another SPS employee to "shut the fuck up" and "why are you acting scared?" Just the day before on January 26, 2020, Mr. Lee threatened the safety of the SPS center, stating "something big is going to happen today, something devastating."

On a December 10, 2019 call, Mr. Lee threatened to "keep attacking" Amazon employees, exclaiming "it will be over soon...I'm trying to shoot something."

On a December 7, 2019 call, after becoming frustrated that a female Amazon call center employee would not answer his harassing question, "Do you like that?", Mr. Lee demanded "Who else wants to get terminated?!...You want more dead?!" and made gun shooting sounds through the phone at the employee.

On October 20, 2019, and October 31, 2019, Mr. Lee called the SPS phone line on three separate occasions, threatening that he was prepared to "terminate" SPS employees and leadership. On many other calls, Mr. Lee has told SPS associates that he is "lethal," loves to "terminate," "can take everything" from them and have "no sympathy or remorse." On yet another call, he told an employee, "You know how I kill someone? Put them in the trash...Don't ever make a mistake and play games with me ever again...Hey bitch, are we clear?"

Amazon has tried many alternatives to seek protection for its employees from Mr. Lee, including shutting down his seller account, blocking his phone numbers, and sending him a cease and desist letter. None of these alternatives have worked, as Mr. Lee continues to engage in the violent conduct, which is increasing in its threats of grievous harm and violence, frequency and tone. Having run out of options, Amazon now requires Court intervention to protect its call center employees from this near-constant threat of physical and emotional harm.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___1___ of ___1___

*(Add pages as required.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

ATTACHMENT
to Judicial Council Form

www.courtinfo.ca.gov

**WV-100**

## Petition for Workplace Violence Restraining Orders

Read *How Do I Get an Order to Prohibit Workplace Violence* (form WV-100-INFO) before completing this form. NOTE: Petitioner must be an employer with standing to bring this action under Code of Civil Procedure section 527.8. Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

*Clerk stamps date here when form is filed.*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 30 2020

Sherri R. Carter, Executive Officer/Clerk of Court
By: Mayra Salazar, Deputy

### (1) Petitioner (Employer)

a. Name: Amazon.com, Inc.

is a  ☒ corporation   ☐ sole proprietorship

☐ (specify): _____

and is filing this suit on behalf of the employee identified in item (2).

b. Lawyer for Petitioner: *(if any for this case)*
Name: Nicole S. Phillis   State Bar No.: 291266
Firm Name: Davis Wright Tremaine LLP

Petitioner's Address *(If the petitioner has a lawyer, give the lawyer's information.)*

c. Address: 865 S. Figueroa Street, Suite 2400
City: Los Angeles   State: CA   Zip: 90017
Telephone: 213-633-6800   Fax: 213-633-6899
E-Mail Address: nicolephillis@dwt.com

*Fill in court name and street address:*

Superior Court of California, County of Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

*Court fills in case number when form is filed.*

Case Number:

**20STRO00703**

### (2) Employee in Need of Protection

Full Name: Robert Ehrmentrout

Sex: ☒ M  ☐ F   Age: _____

### (3) Respondent (Person From Whom Protection is Sought)

Full Name: Derrick Lee   Age: 35

Address *(if known)*: 710 Silver Valley Trail
City: Walnut   State: CA   Zip: 91789

### (4) Additional Protected Persons

a. Are you asking for protection for any family or household members of the employee or for any other employees at the employee's workplace or at other workplaces of the petitioner?

☒ Yes  ☐ No   *(if yes, list them)*:

| Full Name | Sex | Age | Household Member? | Relationship to Employee |
|---|---|---|---|---|
| Amazon Selling Partner Support Employees | | | ☐ Yes  ☒ No | Co-Workers |
| Amazon Customer Service Support Employees | | | ☐ Yes  ☒ No | Co-Workers |
| | | | ☐ Yes  ☐ No | |

☐ Additional protected persons are listed in Attachment 4a.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov   Petition for Workplace Violence Restraining Orders   WV-100, Page 1 of 5
Revised January 1, 2019, Mandatory Form   **(Workplace Violence Prevention)**
Code of Civil Procedure, §§ 527.6 and 527.8   →

Case Number:

(4) b. Why do these people need protection? *(Explain)*.
☒ Response is stated in Attachment 4b.

(5) **Relationship of Employee and Respondent**
a. How does the employee know the respondent? *(Describe)*: ☐ Response is stated in Attachment 5a.

Respondent  was a third-party seller on Amazon.com, Inc.'s marketplace

b. Respondent ☐ is  ☒ is not  a current employee of petitioner. *(Explain any decision to retain, terminate or otherwise discipline the respondent)*: ☐ Response is stated in Attachment 5b.

(6) **Venue**
Why are you filing in this county? *(Check all that apply)*:
a. ☒ The respondent lives in this county.
b. ☐ The respondent has caused physical or emotional injury to the petitioner's employee in this county.
c. ☐ Other *(specify)*:

(7) **Other Court Cases**
a. Has the employee or any of the persons named in (4) been involved in another court case with the respondent?
☒ No   ☐ Yes  *If yes, check each kind of case and indicate where and when each was filed:*

| Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|
| (1) ☐ Workplace Violence | | | |
| (2) ☐ Civil Harassment | | | |
| (3) ☐ Domestic Violence | | | |
| (4) ☐ Divorce, Nullity, Legal Separation | | | |
| (5) ☐ Paternity, Parentage, Child Support | | | |
| (6) ☐ Eviction | | | |
| (7) ☐ Guardianship | | | |
| (8) ☐ Small Claims | | | |
| (9) ☐ Postsecondary School Violence | | | |
| (10) ☐ Criminal | | | |
| (11) ☐ Other *(specify)*: | | | |

b. Are any restraining orders or criminal protective orders now in effect relating to the employee or any of the persons in (4) and the respondent? ☒ No  ☐ Yes  *(If yes, attach a copy if you have one.)*

**This is not a Court Order.**

Case Number:

(8) **Description of Respondent's Conduct**

a. Respondent has *(check one or more)*:

   (1) ☐ Assaulted, battered, or stalked the employee

   (2) ☒ Made a credible threat of violence against the employee by making knowing or willful statements or engaging in a course of conduct that would place a reasonable person in fear for his or her safety or the safety of his or her immediate family.

b. One or more of these acts *(check either or both)*:

   (1) ☒ Took place at the employee's workplace

   (2) ☒ Can reasonably be construed to be carried out in the future at the employee's workplace

   Address of workplace: Amazon's Selling Partner Support call centers

c. Describe what happened. *(Provide details; include the dates of all incidents beginning with the most recent; tell who did what to whom; identify any witnesses)*:

   ☒ Response is stated in Attachment 8c.

   Please also see the Declaration of Robert Ehrmentrout.

d. Was the employee harmed or injured? ☒ Yes ☐ No *(If yes, describe harm or injuries)*:

   ☐ Response is stated in Attachment 8d.

   Please also see the Declaration of Robert Ehrmentrout.

e. Did the respondent use or threaten to use a gun or any other weapon? ☒ Yes ☐ No *(If yes, describe)*:

   ☐ Response is stated in Attachment 8e.

   Mr. Lee has threatened to "release . . . bombs" and to "terminate" SPS center employees. He also threatened to "shoot" SPS employees. Please also see the Declaration of Robert Ehrmentrout.

**This is not a Court Order.**

Case Number: _____

(8) f. For any of the incidents described above, did the police come?  ☐ Yes  ☒ No  ☐ I don't know

If yes, did the employee or the respondent receive an Emergency Protective Order?

☐ Yes  ☒ No  ☐ I don't know

If yes, the order protects (check all that apply):

☐ the employee  ☐ the respondent  ☐ one or more of the persons in ④.

(Attach a copy of the order if you have one.)

**Check the orders you want** ☑

(9) ☒ **Personal Conduct Orders**

I ask the court to order the respondent not to do any of the following things to the employee or to any person to be protected listed in ④:

a.  ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b.  ☒ Commit acts of unlawful violence on or make threats of violence to the person.

c.  ☒ Follow or stalk the person during work hours or to or from the place of work.

d.  ☒ Contact the person, either directly or indirectly, by any means, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

e.  ☒ Enter the person's workplace.

f.  ☒ Other (specify):

☐ As stated in Attachment 9f.

Call, email, or otherwise contact Amazon's Seller Partner Support center, or any other Amazon customer

service line.

*The respondent will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

(10) **Stay-Away Order**

a.  I ask the court to order the respondent to stay at least _____200_____ yards away from (check all that apply):

(1) ☒ The employee.

(2) ☒ The other persons listed in ④.

(3) ☒ The employee's workplace.

(4) ☒ The employee's home.

(5) ☐ The employee's school.

(6) ☐ The school of the employee's children.

(7) ☐ The place of child care of the employee's children.

(8) ☒ The employee's vehicle.

(9) ☒ Other (specify):

Any Amazon call center, corporate office or store

location.

**This is not a Court Order.**

Case Number: _____

(10) b. If the court orders the respondent to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?   ☒ Yes ☐ No   *(If no, explain):*

☐ Response is stated on Attachment 10b.

_____

(11) **Guns or Other Firearms and Ammunition**

Does the respondent own or possess any guns or other firearms? ☐ Yes ☐ No ☒ I don't know

*If the judge grants a protective order, the respondent will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The respondent will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.*

(12) ☒ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the Respondent to last until the hearing. I am presenting form WV-110, *Temporary Restraining Order*, for the court's signature together with this Petition.

Has the Respondent been told that you were going to go to court to seek a TRO against him/her?

☐ Yes ☒ No   *(If you answered no, explain why below):*

☐ Reasons are stated in Attachment 12.

Employee is afraid that should Mr. Lee learn of Amazon's intention to obtain a TRO before it is in force, Mr. Lee's violent and harassing behavior is likely to escalate.

_____
_____
_____

(13) ☐ **Request for Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the respondent at least five days before the hearing, unless the court orders a shorter time for service. (Form WV-200-INFO explains what is proof of personal service. Form WV-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why:

☐ Reasons are stated in Attachment 13.

_____
_____
_____
_____

(14) ☒ **No Fee for Filing**

I ask that there be no filing fee because the respondent has threatened violence against the employee, or stalked the employee, or acted or spoken in a manner that has placed the employee in reasonable fear of violence.

**This is not a Court Order.**

Case Number:

(15) ☒ **No Fee to Serve Orders**
I ask the court to order the sheriff or marshal to serve the respondent with the others for free because this request for orders is based on a credible threat of violence or stalking.

(16) ☒ **Court Costs**
I ask the court to order the respondent to pay my court costs.

(17) ☐ **Additional Orders Requested**
I ask the court to make the following additional orders (specify):

☐ Additional orders requested are stated in Attachment 17.

_____
_____
_____
_____
_____
_____
_____

(18) Number of pages attached to this form, if any: 7

Date: 1-30-20

Nicole S. Phillis                                          *Nicole S Phillis*
Lawyer's name (if any)                            Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 01/30/2020

Robert Ehrmentrout                                *Robert Ehrmentrout*
Name of petitioner                                  Signature

Selling Partner Support Associate - Amazon
Title

This is not a Court Order.

**WV-120-INFO** How Can I Respond to a Petition for Workplace Violence Restraining Orders?

## What is a workplace violence restraining order?

It is a court order that prohibits you from doing certain things and going certain places.

## What does the order do?

The court can order you to:

- Not contact the employee who is protected by the order
- Stay away from the employee and the employee's home, workplace and other places
- Not have any guns as long as the order is in effect

## Who can ask for a workplace violence restraining order?

An employer can ask for an order on behalf of an employee who has suffered violence or a credible threat of violence at the workplace.

## I've been served with a petition for private workplace violence restraining orders. What do I do now?

Read the papers served on you very carefully. The *Notice of Court Hearing* tells you when to appear in court. There may also be a *Temporary Restraining Order* forbidding you from doing certain things. You must obey the order until the hearing.

## What if I don't obey the order?

The police can arrest you. You can go to jail and pay a fine.

## What if I don't agree with what the order says?

You still must obey the order until the hearing. If you disagree with the orders the person is asking for, fill out Form WV-120, *Response to Petition for Workplace Violence Restraining Orders*, before your hearing date and file it with the court. If you need to include attachments, you can use Form MC-025. You can get the forms from legal publishers or on the Internet at *www.courts.ca.gov*. You also may be able to find them at your local courthouse or county law library.

## Do I have to serve the other person with a copy of my response?

Yes. Have someone age 18 or older—**not you**—mail a copy of completed Form WV-120 to the person named in item ① of the petition Form WV-110 (or that person's lawyer). (This is called "service by mail.")

The person who serves the form by mail for you must fill out Form WV-250, *Proof of Service of Response by Mail*. Have the person who did the mailing sign the original. Take the completed form back to the court clerk or bring it with you to the hearing.

## Should I go to the court hearing?

Yes. You should go to court on the date listed on Form WV-109, *Notice of Court Hearing*. If you do not go to the hearing, the judge can make orders against you without hearing from you.



How Can I Respond to a Petition for Workplace Violence Restraining Orders? (Workplace Violence Prevention)

WV-120-INFO, Page 1 of 2 →

**WV-120-INFO** How Can I Respond to a Petition for Workplace Violence Restraining Orders?

### How long does the order last?

If the court issued a temporary restraining order before the hearing, it will last until your hearing date. At that time, the court will decide to continue or cancel the order. Any order issued at the hearing can last for up to three years.

### Do I need a lawyer?

Having a lawyer is always a good idea, but it is not required, and you are not entitled to a free court-appointed attorney. Ask the court clerk about free and low-cost legal services and self-help centers in your county.

### Will I see the employee at the court hearing?

Yes. Assume that the employee will attend the hearing. Do not talk to him or her unless the judge or that person's attorney says that you can.

### Can I bring a witness to the court hearing?

Yes. You can bring witnesses or documents that support your case to the hearing. But if possible, you should also bring the witnesses' written statements of what they saw or heard. Their statements must be made under penalty of perjury. You can use Form MC-030 for this.

### For help in your area, contact:

*[Local information may be inserted.]*

### What if I don't speak English?

When you file your papers, ask the clerk if a court interpreter is available. You may have to pay a fee for the interpreter. If an interpreter is not available for your court date, bring someone to interpret for you. You should ask someone age 18 or older to interpret for you.

### What if I have a gun?

If a restraining order is issued, you cannot own, possess, or have a gun, other firearm, or ammunition while the order is in effect. If you have a gun or other firearm in your immediate possession or control, you must sell it to or store it with a licensed gun dealer, or turn it in to a law enforcement agency.

### Can I agree with the protected person to cancel the order?

No. Once the order is issued, only the judge can change or cancel it. You or the employer would have to file a request with the court to cancel the order.

### What if I am deaf or hard of hearing?

 Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five court days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons with Disabilities and Response* (Form MC-410). (Civ. Code, § 54.8.)

**WV-130** | Workplace Violence Restraining Order After Hearing

Clerk stamps date here when form is filed.

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 2 5 2020

Sherri R. Carter, Executive Officer/Clerk
By: Jordan Parkhurst, Deputy

**(1) Petitioner (Employer)**

a. Name: Amazon.com, Inc.

Lawyer for Petitioner *(if any, for this case)*

Name: Nicole S. Phillis, Esq.     State Bar No.: 291266

Firm Name: Davis Wright Tremaine, LLP

b. Your Address *(If you have a lawyer, give your lawyer's information)*

Address: 865 South Figueroa Street, Suite 2400

City: Los Angeles     State: CA     Zip: 90017

Telephone: (213) 633-6800     Fax: (213) 633-6899

E-Mail Address: nicolephillis@dwt.com

*Fill in court name and street address:*

Superior Court of California, County of
Los Angeles
111 North Hill Street
Los Angeles, CA 90012

**(2) Employee (Protected Person)**

Full Name: Robert Ehrmentrout

*Court fills in case number when form is filed.*

Case Number:

20STRO00703

**(3) Respondent (Restrained Person)**

Full Name: Derrick Lee

Description

| | | | |
|---|---|---|---|
| Sex: ☒ M ☐ F  Height: ____  Weight: ____ | | Date of Birth: ____ | |
| Hair Color: ____ | Eye Color: ____ | Age: 35 | Race: Asian |
| Home Address *(if known):* 710 Silver Valley Trail | | | |
| City: Walnut | | State: CA | Zip: 91789 |
| Relationship to Employee: | Respondent Not Third-Party Seller on Amazon.com Marketplace | | |

**(4) ☒ Additional Protected Persons**

In addition to the student, the following family or household members or other persons are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Stay-Away Order in Temporary Orders |
|---|---|---|---|---|
| Amazon Selling Partner Support Employees | | | ☐ Yes ☒ No | On Workplace |
| Amazon Customer Service Employees | | | ☐ Yes ☒ No | Coming to Workplace |
| | | | ☐ Yes ☐ No | |

☐ Additional protected persons are listed at the end of this Order on Attachment 4.

**(5) Expiration Date**

*This Order, except for any award of lawyer's fees, expires at*

Date: February 25, 2023     Time: 11:59:00     ☐ a.m. ☒ p.m.

*If no expiration date is written here, this Order expires three years from the date of issuance.*

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, § 527.8 and 527.9
Approved by DOJ

Workplace Violence
Restraining Order After Hearing (CLETS—WHO)
(Workplace Violence Prevention)

WV-130, Page 1 of 6

Case Number:
20STRO00703

(6) Hearing

a. There was a hearing on *(date):* 02/25/2020      at *(time):* 8:30 a.m.      in Dept.: 63      Room: 604
   *(Name of judicial officer):* Honorable Steve Cochran                    made the orders at the hearing

b. These people were at the hearing:
   (1) ☒ The petitioner/employer    *(name):* Amazon.com
   (2) ☒ The lawyer for the petitioner/employer  *(name):* Nicole S. Phillis i Maria D. Rivera
   (3) ☐ The employee    (4) ☐ The lawyer for the employee *(name):*
   (5) ☐ The respondent   (6) ☐ The lawyer for the respondent *(name):*
   ☐ Additional persons present are listed at the end of this Order on Attachment 6b.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____ .

### To the Respondent:

The court has granted the orders checked below. If you do not obey these orders, you can be
arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to
$1,000, or both.

(7) Personal Conduct Orders

a. You are ordered not do the following things to the employee
   ☒ and to the other protected persons listed in (4):
   (1) ☒ Harass, molest, strike, assault (sexually or otherwise), batter, abuse, destroy personal property of, or
       disturb the peace of the person.
   (2) ☒ Commit acts of violence or make threats of violence against the person.
   (3) ☒ Follow or stalk the person during work hours or to or from the place of work.
   (4) ☒ Contact the person, either directly or indirectly, in any way, including but not limited to, in person, by
       telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax
       or by other electronic means.
   (5) ☒ Enter the person's workplace.
   (6) ☒ Take any action to obtain the person's address or locations. If this item is not checked, the court has
       found good cause not to make this order.
   (7) ☒ Other *(specify):*
       ☒ Other personal conduct orders are attached at the end of this Order on Attachment 7a(7).
       Call, email or otherwise contact Amazon's Seller Partner Support Center, or any other Amazon
       customer service line.
       _____
       _____
       _____
       _____

b. Peaceful written contact through a lawyer or a process server or other person for service of legal papers related
   to a court case is allowed and does not violate this order.

### This is a Court Order.



Case Number:
20STRO00703

**⑧ Stay-Away Orders**

a. You must stay at least ___200___ yards away from *(check all that apply)*:

(1) ☒ The employee.  (7) ☐ The employee's children's place of child care.

(2) ☒ Each other protected person listed in ④.  (8) ☐ The employee's vehicle.

(3) ☒ The employee's workplace.  (9) ☒ Other *(specify)*:
Any Amazon call center, corporate office or store location.

(4) ☒ The employee's home.

(5) ☐ The employee's school.

(6) ☐ The employee's children's school.

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**⑨ No Guns or Other Firearms and Ammunition**

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. If you have not already done so, you must:

(1) Sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.

(2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns have been turned in, sold, or stored. *(You may use form WV-800, Proof of Firearms Turned In, Sold, or Stored, for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

d. ☐ The court has made the necessary findings and applies the firearm relinquishment exemption under Code of Civil Procedure section 527.9(f). Under California law, the respondent is not required to relinquish this firearm *(specify make, model, and serial number of firearm(s))*: ___

The firearm must be in his or her physical possession only during scheduled work hours and during travel to and from his or her place of employment. Even if exempt under California law, the respondent may be subject to federal prosecution for possessing or controlling a firearm.

**⑩ ☐ Costs**

You must pay the following amounts for costs to the petitioner:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ Additional amounts are attached at the end of this Order on Attachment 10.

**This is a Court Order.**

Case Number:
20STRO00703

(11) ☐ Other Orders *(specify)*:

_____

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 11.

**To the Person in ❶:**

(12) **Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one)*:

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☒ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the petitioner or the petitioner's lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

Name of Law Enforcement Agency          Address *(City, State, Zip)*

_____     _____

_____     _____

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 12.

(13) **Service of Order on Respondent**

a. ☐ The respondent personally attended the hearing. No other proof of service is needed.

b. ☒ The respondent did not attend the hearing.

(1) ☒ Proof of service of form WV-110, *Temporary Restraining Order,* was presented to the court. The judge's orders in this form are the same as in form WV-110 except for the expiration date. The respondent must be served with this Order. Service may be by mail.

(2) ☐ The judge's orders in this form are different from the temporary restraining orders in form WV-110. Someone—but not the petitioner or anyone protected by this order—must personally serve a copy of this Order on the respondent.

(14) **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because the Order is based on a credible threat of violence or stalking.

(15) Number of pages attached to this Order, if any: _____

Date: February 25, 2020

▶ _____
Judicial Officer   STEVE COCHRAN

**This is a Court Order.**

Case Number:
20STRO00703

## Warning and Notice to the Respondent

### You Cannot Have Guns or Firearms

Unless item 9d is checked, you cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control as stated in item ⑨. The court will require you to prove that you did so.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). Agencies are encouraged to enter violation messages into CARPOS. If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

### Start Date and End Date of Orders

This Order starts on the date next to the judge's signature on page 4 and ends on the expiration date in item ⑤ on page 1.

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this Order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

### Conflicting Orders—Priorities for Enforcement

If more than one restraining order has been issued, the orders must be enforced according to the following priorities: (See Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b).)

1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.

2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.

3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any non-conflicting terms of the civil restraining order remain in effect and enforceable.

4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

## This is a Court Order.

Workplace Violence
Restraining Order After Hearing (CLETS—WHO)
(Workplace Violence Prevention)

Case Number:
20STRO00703



*(Clerk will fill out this part.)*
—Clerk's Certificate—

I certify that this *Workplace Violence Restraining Order After Hearing* is a true
and correct copy of the original on file in the court.

Date:  FEB 2 5 2020  Clerk, by _____ , Deputy

This is a Court Order.

**Workplace Violence**
**Restraining Order After Hearing (CLETS—WHO)**
(Workplace Violence Prevention)

Revised January 1, 2016

WV-130, Page 5 of 5

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

On February 25, 2020, I served the document described as "WORKPLACE VIOLENCE RESTRAINING ORDER AFTER HEARING" upon the interested parties in this action in a sealed envelope addressed as follows:

Derrick Lee                                    Los Angeles County Sheriff's Department
710 Silver Valley Trail                        21695 Valley Blvd.
Walnut, CA 91789                               Walnut, CA 91789

__X__ (By Personal Service) I caused the above-named documents to be served on all other parties to this action by requesting that a messenger from GLOBAL NETWORK LEGAL SUPPORT deliver true copies of the above-named documents enclosed in sealed envelopes.

Executed on February 25, 2020, Los Angeles, California.

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____ Federal  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

LINX PEARMAIN

4849-2110-7382v.1 0051461-002010

**WV-110** Temporary Restraining Order

Clerk stamps date here when form is filed

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 3 0 2020

Sherri R. Carter, Executive Officer/Clerk
By: Jordan Parkhurst, Deputy

(1) **Petitioner (Employer)**

a. Name: Amazon.com, Inc.

Lawyer for Petitioner (if any, for this case):

Name: Nicole S. Phillis    State Bar No.:291266

Firm Name: Davis Wright Tremaine LLP

b. Your Address (If you have a lawyer, give your lawyer's information.):

Address: 865 South Figueroa Street, Suite 2400

City: Los Angeles    State: CA    Zip: 90017

Telephone: 213-633-6800    Fax: 213-633-6899

E-Mail Address: nicolephillis@dwt.com

Fill in court name and street address:

Superior Court of California, County of
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

(2) **Employee (Protected Person)**

Full Name: Robert Ehrmentrout

Court fills in case number when form is filed.

Case Number:
**20STRO000703**

(3) **Respondent (Restrained Person)**

Full Name: Derrick Lee

Description:

Sex: ☒ M ☐ F  Height: _____  Weight: _____  Date of Birth: _____

Hair Color: _____  Eye Color: _____  Age: 35  Race: Asian

Home Address (if known): 710 Silver Valley Trail

City: Walnut    State: CA    Zip: 91789

Relationship to Employee: Respondent was a third-party seller on
Amazon.com, Inc.'s marketplace

(4) ☒ **Additional Protected Persons**

In addition to the employee, the following family or household members or other employees are protected by the
temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to Employee |
|---|---|---|---|---|
| Amazon Selling Partner Support employees | | | ☐ Yes ☒ No | Co-Workers |
| Amazon Customer Service employees | | | ☐ Yes ☒ No | Co-Workers |
| | | | ☐ Yes ☐ No | |

☐ Additional protected persons are listed at the end of this Order on Attachment 4.

(5) **Expiration Date**

This Order expires at the end of the hearing scheduled for the date and time below:

Date: FEBRUARY 25, 2020    Time: 8:30    ☒ a.m. ☐ p.m.

**This Is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Mandatory Form
Code of Civil Procedure, §§ 527.8 and 527.9
Approved by DOJ

Temporary Restraining Order (CLETS—TWH)
(Workplace Violence Prevention)

WV-110, Page 1 of 5

Case Number: _____

The court has issued the temporary orders checked as granted below. If you do not obey these orders, you can be arrested and charged with a crime. You may have to go to jail for up to one year, pay a fine of up to $1,000, or both.

**6  Personal Conduct Orders**

☐ Not Requested   ☐ Denied Until the Hearing   ☒ Granted as Follows:

a.  You are ordered not do the following things to the employee
   ☒  and to the other protected persons listed in ④:

   (1) ☒ Harass, molest, strike, assault (sexually or otherwise), batter, abuse, destroy personal property of, or disturb the peace of the person.
   (2) ☒ Commit acts of violence or make threats of violence against the person.
   (3) ☒ Follow or stalk the person during work hours or to or from the place of work.
   (4) ☒ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by e-mail, by fax, or by other electronic means.
   (5) ☒ Enter the workplace of the person.
   (6) ☒ Take any action to obtain the person's address or locations. If this item is not checked, the court has found good cause not to make this order.
   (7) ☒ Other (specify):
       ☒ Other personal conduct orders are attached at the end of this Order on Attachment 6a(7).
       Call, email, or otherwise contact Amazon's Seller Partner Support center, or any other Amazon
       customer service line. _____

b.  Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order. However, you may have your papers served by mail on the petitioner.

**7  Stay-Away Order**

☐ Not Requested   ☐ Denied Until the Hearing   ☒ Granted as Follows:

a.  You must stay at least ___200___ yards away from (check all that apply):

   (1) ☒ The employee                              (7) ☐ The employee's children's place of child care
   (2) ☒ Each other protected person listed in ④   (8) ☐ The employee's vehicle
   (3) ☒ The employee's workplace                  (9) ☒ Other (specify):
   (4) ☒ The employee's home                           Any Amazon call center, corporate office or store
   (5) ☐ The employee's school                         location. _____
   (6) ☐ The employee's children's school              _____

b.  This stay-away order does not prevent you from going to or from your home or place of employment.

**Temporary Restraining Order (CLETS—TWH)**
(Workplace Violence Prevention)

Case Number:

**(8) No Guns or Other Firearms and Ammunition**

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. You must:

(1) Sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.

(2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use form WV-800, Proof of Firearms Turned In, Sold, or Stored for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

**(9) Other Orders**

☑ -Not Requested     ☐ Denied Until the Hearing     ☐ Granted as Follows *(specify)*:

_____

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 9.

**To the Petitioner:**

**(10) Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one)*:

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☒ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the employer or the employer's lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agencies listed below to enter into CARPOS:

Name of Law Enforcement Agency                Address *(City, State, Zip)*

_____        _____

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 10.

**(11) No Fee to Serve (Notify) Restrained Person     ☑ Ordered     ☐ Not Ordered**

The sheriff or marshal will serve this Order without charge because:

a. ☒ The Order is based on a credible threat of violence or stalking.

b. ☒ The petitioner is entitled to a fee waiver.

**This Is a Court Order.**

Case Number:

(12) Number of pages attached to this Order, if any: _____

Date: **JAN 3 0 2020** _____        *S. Cochran*

Judicial Officer        **STEVE COCHRAN**

### Warnings and Notices to the Restrained Person in ❷

## You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control as stated in item ⑧ above. The court will require you to prove that you did so.

## Notice Regarding Nonappearance at Hearing and Service of Order

If you have been personally served with this Temporary Restraining Order and form WV-109, *Notice of Court Hearing*, but you do not appear at the hearing either in person or by a lawyer, and a restraining order that is the same as this Temporary Restraining Order except for the expiration date is issued at the hearing, a copy of the order will be served on you by mail at the address in item ③.

If this address is not correct or you wish to verify that the Temporary Restraining Order was converted into a restraining order at the hearing without substantive change, or to find out the duration of the order, contact the clerk of the court.

## After You Have Been Served With a Restraining Order

- Obey all the orders. Any intentional violation of this Order is a misdemeanor punishable by a fine or by imprisonment in a county jail, or by both fine and imprisonment. (Pen. Code, § 273.6.)

- Read form WV-120-INFO, *How Can I Respond to a Petition for Orders to Stop Workplace Violence?*, to learn how to respond to this Order.

- If you want to respond, fill out form WV-120, *Response to Petition for Workplace Violence Restraining Orders*, and file it with the court clerk. You do not have to pay any fee to file your response if the petition claims that you threatened violence against or stalked the employee, or placed the employee in reasonable fear of violence.

- You must have form WV-120 served on the petitioner or the petitioner's attorney by mail. You cannot do this yourself. The person who does the service should complete and sign form WV-250, *Proof of Service of Response by Mail*. File the completed proof of service with the court clerk before the hearing date or bring it with you to the hearing.

- In addition to the response, you may file and have declarations served, signed by you and other persons who have personal knowledge of the facts. You may use form MC-030, *Declaration*, for this purpose. It is available from the clerk's office at the court shown on page 1 of this form or at *www.courts.ca.gov/forms*. If you do not know how to prepare a declaration, you should see a lawyer.

- Whether or not you file a response, you should attend the hearing. If you have any witnesses, they must also go to the hearing.

- At the hearing, the judge can make restraining orders against you that last for up to three years. Tell the judge why you disagree with the orders requested.

### This Is a Court Order.



Case Number:

## Instructions for Law Enforcement

### Enforcing the Restraining Order
This order is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Restraining and Protective Orders System (CARPOS). Agencies are encouraged to enter violation messages into CARPOS. If the law enforcement agency has not received proof of service on the restrained person, the agency must advise the restrained person of the terms of the order and then must enforce it. Violations of this order are subject to criminal penalties.

### Start Date and End Date of Orders
This order *starts* on the date next to the judge's signature on page 4. The order *ends* on the expiration date in item 5 on page 1.

### If the Protected Person Contacts the Restrained Person
Even if the protected person invites or consents to contact with the restrained person, this order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The order can be changed only by another court order. (Pen. Code, § 13710(b).)

### Conflicting Orders—Priorities for Enforcement
If more than one restraining order has been issued, the orders must be enforced according to the following priorities: (See Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b).)

1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.



*(Clerk will fill out this part.)*
—**Clerk's Certificate**—

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date:  JAN 3 0 2020   Clerk, by _____ , Deputy

## This is a Court Order

| **WV-109** | Notice of Court Hearing |

*Clerk stamps date here when form is filed.*

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**JAN 3 0 2020**

Sherri R. Carter, Executive Officer/Clerk
By: Jordan Parkhurst, Deputy

**(1) Petitioner (Employer)**

a.   Name: Amazon.com, Inc.

Lawyer for Petitioner *(if any for this case):*
Name: Nicole S. Phillis          State Bar No.: 291266
Firm Name: Davis Wright Tremaine LLP

b.   Address *(If you have a lawyer, give your lawyer's information.):*

Address: 865 South Figueroa Street, Suite 2400

City: Los Angeles          State: CA   Zip: 90017
Telephone: 213-633-6800     Fax: 213-633-6899
E-Mail Address: nicolephillis@dwt.com

*Fill in court name and street address:*
Superior Court of California, County of
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**(2) Employee in Need of Protection**

Full Name: Robert Ehrmentrout

*Fill in case number:*
Case Number:
**20STR000703**

**(3) Respondent (Person From Whom Protection is Sought)**

Full Name: Derrick Lee

*The court will complete the rest of this form.*

**(4) Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the respondent:

Name and address of court if different from above:

| Hearing Date | Date: 02/25/20  Time: 8:30AM   |
| Dept.: 62  Room: 604 |

LOS ANGELES SUPERIOR COURT
111 NORTH HILL STREET
LOS ANGELES, CA 90012
DEPT. 63  RM 604

**(5) Temporary Restraining Orders** *(Any orders granted are on Form WV-110, served with this notice.)*

a.   Temporary Restraining Orders for personal conduct and stay away orders as requested in Form WV-100, *Request for Workplace Violence Restraining Orders,* are *(check only one box below)*:

(1) ☑ All GRANTED until the court hearing.

(2) ☐ All DENIED until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☐ Partly GRANTED and partly DENIED until the court hearing. *(Specify reasons for denial in b, below.)*

**Notice of Court Hearing**
**(Workplace Violence Prevention)**

Case Number:

b. Reasons that Temporary Restraining Orders as requested in Form WV-100, *Petition for Workplace Violence Restraining Orders*, for personal conduct or stay away are denied are:

(1) ☐ The facts as stated in Form WV-100 do not sufficiently show reasonable proof that the employee has suffered unlawful violence or a credible threat of violence by the respondent, and that great or irreparable harm to the employee would result if a temporary restraining order is not issued.

(2) ☐ Other *(specify)*: ☐ As stated on Attachment 5b.

⑥ Service of Documents by the Petitioner

At least ☑ five ☐ _____ days before the hearing, someone age 18 or older—not you or anyone to be protected—must personally give (serve) a court file-stamped copy of this Form WV-109, *Notice of Court Hearing*, to the respondent along with a copy of all the forms indicated below:

a. WV-100, *Petition for Workplace Violence Restraining Orders* (file-stamped)

b. ☐ WV-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. WV-120, *Response to Petition for Workplace Violence Restraining Orders* (blank form)

d. WV-120-INFO, *How Can I Respond to a Petition for Workplace Violence Restraining Orders?*.

e. WV-250, *Proof of Service of Response by Mail* (blank form)

f. ☐ Other *(specify)*: _____

Date: **JAN 3 0 2020**

Judicial Officer **STEVE COCHRAN**

### To the Petitioner:

- The court cannot make the restraining orders after the court hearing unless the respondent has been personally given (served) a copy of your request and any temporary orders. To show that the respondent has been served, the person who served the forms must fill out a proof of service form. Form WV-200, *Proof of Personal Service*, may be used.

- For information about service, read Form WV-200-INFO, *What Is "Proof of Personal Service"?*

- If you are unable to serve the respondent in time, you may ask for more time to serve the documents. Use Form WV-115, *Request to Continue Court Hearing and to Reissue Temporary Restraining Order*.

Case Number:

## To the Respondent

- If you want to respond to the request for orders in writing, file Form WV-120, *Response to Request for Workplace Violence Restraining Orders*, and have someone age 18 or older—not you or anyone to be protected—mail it to the petitioner.

- The person who mailed the form must fill out a proof of service form. Form WV-250, *Proof of Service of Response by Mail*, may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- At the hearing, the judge may make restraining orders against you that could last up to three years and may order you to sell or turn in any firearms that you own or possess.



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons with Disabilities and Response* (Form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

—Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.



Date: **JAN 3 0 2020**

Clerk, by _____, Deputy

**Notice of Court Hearing**
(Workplace Violence Prevention)

**WV-130** Workplace Violence Restraining
Order After Hearing

*Clerk stamps date here when form is filed.*

**(1) Petitioner (Employer)**

a. Name: Amazon.com, Inc.

Lawyer for Petitioner *(if any, for this case)*
Name: Nicole S. Phillis        State Bar No.:291266
Firm Name: Davis Wright Tremaine LLP

b. Your Address *(If you have a lawyer, give your lawyer's information.)*
Address: 865 South Figueroa Street, Suite 2400
City: Los Angeles        State: CA   Zip: 90017
Telephone: 213-633-6800        Fax: 213-633-6899
E-Mail Address: nicolephillis@dwt.com

*Fill in court name and street address:*
Superior Court of California, County of
Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**(2) Employee (Protected Person)**

Full Name: Robert Ehrmentrout

*Court fills in case number when form is filed.*
Case Number:

**(3) Respondent (Restrained Person)**

Full Name: Derrick Lee

Description

Sex: ☒ M  ☐ F  Height: _____  Weight: _____  Date of Birth: _____
Hair Color: _____  Eye Color: _____  Age: 35   Race: Asian
Home Address *(if known)*: 710 Silver Valley Trail
City: Walnut        State: CA   Zip: 91789
Relationship to Employee:        None

**(4) ☒ Additional Protected Persons**

In addition to the student, the following family or household members or other students are protected by the temporary orders indicated below:

| Full Name | Sex | Age | Household Member? | Relation to employee |
|---|---|---|---|---|
| Amazon Selling Partner Support Employees | | | ☐ Yes ☒ No | Co-Workers |
| Amazon Customer Service Employees | | | ☐ Yes ☒ No | Co-Workers |
| | | | ☐ Yes ☐ No | |

☐ Additional protected persons are listed at the end of this Order on Attachment 4.

**(5) Expiration Date**

*This Order, except for any award of lawyer's fees, expires at*

Date: _____        Time: _____        ☐ a.m.  ☐ p.m.

If no expiration date is written here, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, § 527.8 and 527.9
Approved by DOJ

Workplace Violence
Restraining Order After Hearing (CLETS—WHO)
(Workplace Violence Prevention)

WV-130, Page 1 of 5

Case Number: _____

**⑥ Hearing**

a. There was a hearing on *(date):* _____ at *(time):* _____ in Dept.: _____ Room: _____
   *(Name of judicial officer):* _____ made the orders at the hearing.

b. These people were at the hearing:

(1) ☐ The petitioner/employer   *(name):* _____

(2) ☐ The lawyer for the petitioner/employer  *(name):* _____

(3) ☐ The employee   (4) ☐ The lawyer for the employee  *(name):* _____

(5) ☐ The respondent   (6) ☐ The lawyer for the respondent *(name):* _____

☐ Additional persons present are listed at the end of this Order on Attachment 6b.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____.

### To the Respondent

The court has granted the orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

**⑦ Personal Conduct Orders**

a. You are ordered not do the following things to the employee
   ☐ and to the other protected persons listed in ④:

(1) ☐ Harass, molest, strike, assault (sexually or otherwise), batter, abuse, destroy personal property of, or disturb the peace of the person.

(2) ☐ Commit acts of violence or make threats of violence against the person.

(3) ☐ Follow or stalk the person during work hours or to or from the place of work.

(4) ☐ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

(5) ☐ Enter the person's workplace.

(6) ☐ Take any action to obtain the person's address or locations. If this item is not checked, the court has found good cause not to make this order.

(7) ☐ Other *(specify)*:
   ☐ Other personal conduct orders are attached at the end of this Order on Attachment 7a(7).

_____

_____

_____

_____

_____

b. Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

### This is a Court Order

Revised January 1, 2019

WV-130, Page 2 of 5

**Workplace Violence
Restraining Order After Hearing (CLETS—WHO)
(Workplace Violence Prevention)**

Case Number:

## 8 Stay-Away Orders

a. You must stay at least _____ yards away from *(check all that apply):*

| | |
|---|---|
| (1) ☐ The employee. | (7) ☐ The employee's children's place of child care. |
| (2) ☐ Each other protected person listed in ④. | (8) ☐ The employee's vehicle. |
| (3) ☐ The employee's workplace. | (9) ☐ Other *(specify)* |
| (4) ☐ The employee's home. | _____ |
| (5) ☐ The employee's school. | _____ |
| (6) ☐ The employee's children's school. | _____ |

b. This stay-away order does not prevent you from going to or from your home or place of employment.

## 9 No Guns or Other Firearms and Ammunition

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. If you have not already done so, you must:
   (1) Sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms in your immediate possession or control. This must be done within 24 hours of being served with this Order.
   (2) File a receipt with the court within 48 hours of receiving this Order that proves that your guns have been turned in, sold, or stored. *(You may use form WV-800, Proof of Firearms Turned In, Sold, or Stored, for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

d. ☐ The court has made the necessary findings and applies the firearm relinquishment exemption under Code of Civil Procedure section 527.9(f). Under California law, the respondent is not required to relinquish this firearm *(specify make, model, and serial number of firearm(s)):* _____

   The firearm must be in his or her physical possession only during scheduled work hours and during travel to and from his or her place of employment. Even if exempt under California law, the respondent may be subject to federal prosecution for possessing or controlling a firearm.

## 10 ☐ Costs

You must pay the following amounts for costs to the petitioner:

| Item | Amount | Item | Amount |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | | |

☐ Additional amounts are attached at the end of this Order on Attachment 10.

**This is a Court Order.**

Case Number: _____

(11) ☐ **Other Orders** *(specify):*

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 11.

**To the Person in ①**

(12) **Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☐ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the petitioner or the petitioner's lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

Name of Law Enforcement Agency          Address  *(City, State, Zip)*

_____          _____

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 12.

(13) **Service of Order on Respondent**

a. ☐ The respondent personally attended the hearing. No other proof of service is needed.

b. ☐ The respondent did not attend the hearing.

(1) ☐ Proof of service of form WV-110, *Temporary Restraining Order*, was presented to the court. The judge's orders in this form are the same as in form WV-110 except for the expiration date. The respondent must be served with this Order. Service may be by mail.

(2) ☐ The judge's orders in this form are different from the temporary restraining orders in form WV-110. Someone—but not the petitioner or anyone protected by this order—must personally serve a copy of this Order on the respondent.

(14) **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because the Order is based on a credible threat of violence or stalking.

(15) Number of pages attached to this Order, if any: _____

Date: _____          ▶ _____

                                        *Judicial Officer*

**This is a Court Order.**

Case Number:

## Warning and Notice to the Respondent:

### You Cannot Have Guns or Firearms

Unless item 9d is checked, you cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control as stated in item ⑨. The court will require you to prove that you did so.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). Agencies are encouraged to enter violation messages into CARPOS. If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

### Start Date and End Date of Orders

This Order *starts* on the date next to the judge's signature on page 4 and *ends* on the expiration date in item ⑤ on page 1.

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this Order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

### Conflicting Orders—Priorities for Enforcement

If more than one restraining order has been issued, the orders must be enforced according to the following priorities: *(See Pen. Code, § 136.2, Fam. Code, §§ 6383(h)(2), 6405(b).)*

1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

## This is a Court Order

(Continue on next page.)

Case Number:

Clerk's Certificate
[seal]

(Clerk will fill out this part.)
—Clerk's Certificate—

I certify that this *Workplace Violence Restraining Order After Hearing* is a true
and correct copy of the original on file in the court.

Date: _____ Clerk, by _____, Deputy

This is a Court Order.

Workplace Violence
Restraining Order After Hearing (CLETS—WHO)
(Workplace Violence Prevention)

WV-130, Page 6 of 6

Revised January 1, 2016

**WV-800** ... or Stored

(1) **Petitioner (Employer)**
Name: _____

(2) **Employee in Need of Protection**
Full Name: _____

(3) **Respondent (Person From Whom Protection Is Sought)**
Your Name: _____

Your Lawyer *(if you have one for this case):*
Name: _____ State Bar No.: _____
Firm Name: _____
Your Address *(if you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*
Address: _____
City: _____ State: _____ Zip: _____
Telephone: _____ Fax: _____
E-Mail Address: _____

*Fill in court name and street address:*

**Superior Court of California, County of**



*Court fills in case number when form is filed.*

Case Number:

(4) **To the Respondent:**
If the court has ordered you to turn in, sell, or store your firearms, you may use this form to prove to the court that you have obeyed its orders. When you deliver your unloaded weapons, ask the law enforcement officer or the licensed gun dealer to complete item or and item . After the form is signed, file it with the court clerk. Keep a copy for yourself. For help, read Form WV-800-INFO, *How Do I Turn in, Sell, or Store My Firearms?*

*Signature of law enforcement agent* (8) (7)

(5) **To Law Enforcement**

Fill out items and of this form. Keep a copy and give the original to the person who turned in the firearms.(7)

The firearms listed in were turned in on:

Date: _____ at: _____ ☐ a.m. ☐ p.m.

To: _____
*Name and title of law enforcement agent*

_____
*Name of law enforcement agency*

_____
_____
*Address*

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

► _____

(7)

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Optional Form
Code of Civil Procedure, § 527.9
Penal Code § 29650

**Proof of Firearms Turned In, Sold, or Stored**
(Workplace Violence Prevention)

WV-800, Page 1 of 2

## To Licensed Gun Dealer

Fill out items     and     of this form. Keep a
copy and give the original to the person who sold
you the firearms or stored them with you.

The firearms listed in     were

☐ sold to me  ☐ transferred to me for storage on:

Date: _____ at: _____ ☐ a.m.  ☐ p.m.

To: _____
    *Name of licensed gun dealer*

_____
    *License number*     *Telephone*

_____

_____
    *Address*

I declare under penalty of perjury under the laws
of the State of California that the information
above is true and correct.

▷ _____
*Signature of gun dealer*

Proof of Firearms Turned In, Sold, or Stored
(Workplace Violence Prevention)

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Optional Form
Code of Civil Procedure, § 527.9
Penal Code § 29830
      Proof of Firearms Turned In, Sold, or Stored
      (Workplace Violence Prevention)
      WV-800, Page 1 of 2
      →



Case Number:

(7) **Firearms**

| | Make | Model | Serial Number |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |

☐ *Check here if you turned in, sold, or stored more firearms. Attach a sheet of paper and write "WV-800, Item 7—Firearms Turned In, Sold, or Stored" for a title. Include make, model, and serial number of each firearm. You may use Form MC-025, Attachment.*

(8) Do you have, own, possess, or control any other firearms besides the firearms listed in (7)?  ☐ Yes  ☐ No
If you answered yes, have you turned in, sold, or stored those other firearms?   ☐ Yes  ☐ No
*If yes, check one of the boxes below:*

a. ☐ I filed a *Proof of Firearms Turned In, Sold, or Stored* for those firearms with the court on *(date):*

b. ☐ I am filing the proof for those firearms along with this proof.

c. ☐ I have not yet filed the proof for the other firearms. *(Explain why not):*

☐ *Check here if there is not enough space below for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 8c" for a title.*

_____

_____

_____

_____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

_____   ► _____
*Type or print your name*              *Sign your name*

**Proof of Firearms Turned In, Sold, or Stored**
(Workplace Violence Prevention)

American LegalNet, Inc.
www.FormsWorkFlow.com

**WV-120**   Response to Petition for Workplace Violence Restraining Orders

## Use this form to respond to the *Petition* (form WV-100)

- Read *How Can I Respond to a Petition for Workplace Violence Restraining Orders?* (form WV-120-INFO) to protect your rights.
- Fill out this form and take it to the court clerk.
- Have someone age 18 or older—**not you**—serve the petitioner or the petitioner's lawyer by mail with a copy of this form and any attached pages. *(Use form WV-250, Proof of Service of Response by Mail.)*

*Fill in court name and street address:*
Superior Court of California, County of

*Fill in case number:*
Case Number:

(1) **Petitioner (Employer)**
Name: _____

(2) **Employee Seeking Protection**
Full Name: _____

(3) **Respondent (Person From Whom Protection Is Sought)**
a. Your Name: _____
Your Lawyer *(if you have one for this case)*
Name: _____ State Bar No.: _____
Firm Name: _____

b. Your Address *(You may give a mailing address if you want to keep your street address private; skip this if you have a lawyer.)*
Address: _____
City: _____ State: ____ Zip: _____
Telephone: _____ Fax: _____
E-Mail Address: _____

The court will consider your response at the hearing. Write your hearing date, time, and place from form WV-109, item (4) here:

| Hearing Date | Date: _____ | Time: _____ |
| | Dept.: _____ | Room: _____ |

If you were served with a **Temporary Restraining Order, you must obey it until the hearing.** At the hearing, the court may make orders against you that last for up to three years.

(4) ☐ **Personal Conduct Orders**
a. ☐ I agree to the orders requested.
b. ☐ I do not agree to the orders requested.
*(Specify why you disagree in item (11) on page 3.)*
c. ☐ I agree to the following orders *(specify below or in item (11) on page 3)*:
_____
_____

5 ☐ **Stay-Away Orders**
a. ☐ I agree to the orders requested.
b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item (11) on page 3.)*
c. ☐ I agree to the following orders *(specify below or in item (11) on page 3)*:
_____
_____

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2016, Mandatory Form
Code of Civil Procedure, §§ 527.8 and 527.9
Response to Petition for Workplace Violence
Restraining Orders
(Workplace Violence Prevention)
WV-120, Page 1 of 4
→



Case Number:

⑥ ☐ **Additional Protected Persons**

   a. ☐ I agree that the persons listed in item ④ of the Petition may be protected by the order requested.

   b. ☐ I do not agree that the persons listed in item ④ of the Petition may be protected by the order requested.

⑦ **Firearms Prohibition and Relinquishment**
If you were served with form WV-110, *Temporary Restraining Order*, you cannot own or possess any guns, other firearms, or ammunition. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms in your immediate possession or control within 24 hours of being served with form WV-110. (See item ⑧ of form WV-110.) You must file a receipt with the court. You may use form WV-800, *Proof of Firearms Turned In, Sold, or Stored* for the receipt.

   a. ☐ I do not own or control any guns or other firearms.

   b. ☐ I ask for an exemption from the firearms prohibition under Code of Civil Procedure section 527.9(f) because carrying a firearm is a condition of my employment, and my employer is unable to reassign me to another position where a firearm is unnecessary. *(Explain):*

       ☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 7b—Firearms Surrender Exemption" as a title. You may use form MC-025, Attachment.*

       _____

       _____

       _____

   c. ☐ I have turned in my guns and firearms to the police or sold them to or stored them with a licensed gun dealer. A copy of the receipt ☐ is attached. ☐ has already been filed with the court.

⑧ ☐ **Other Orders**

   a. ☐ I agree to the orders requested.

   b. ☐ I do not agree to the orders requested. *(Specify why you disagree in item ⑪ on page 3.)*

   c. ☐ I agree to the following orders *(specify below or in item ⑪ on page 3):*

       _____

       _____

       _____

       _____

       _____

       _____

⑨ ☐ **Denial**
I did not do anything described in item ⑧ of form SV-100. *(Skip to ⑪.)*


American Legalfin, Inc.
www.LegalmdatAon.com

Case Number:

(10) ☐ **Justification or Excuse**

If I did some or all of the things that the petitioner has accused me of, my actions were justified or excused for the following reasons *(explain)*:

☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 10--Justification or Excuse" as a title. You may use form MC-025.* Attachment.

_____
_____
_____
_____
_____
_____
_____
_____
_____

(11) ☐ **Reasons I Do Not Agree to the Orders Requested**

*Explain your answers to each order requested that you do not agree with.*

☐ *Check here if there is not enough space below for your answer. Put your complete answer on an attached sheet of paper and write "Attachment 11--Reasons I Disagree" as a title. You may use form MC-025.* Attachment.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Case Number:

(12) ☐ **No Fee for Filing**

a. ☐ I ask the court to waive the filing fee because the petitioner claims in form WV-100 item (14) to be entitled to free filing.

b. ☐ I request that I not be required to pay the filing fee because I am eligible for a fee waiver. *(Form FW-001, Request to Waive Court Fees, must be filed separately.)*

(13) ☐ **Costs**

a. ☐ I ask the court to order the petitioner to pay my court costs. The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
|      | $      |      | $      |
|      | $      |      | $      |
|      | $      |      | $      |

☐ Check here if there are more items. Put the items and amounts on the attached sheet of paper and write *"Attachment 13—Costs"* for a title. You may use form MC-025, Attachment.

b. ☐ I ask the court to deny the request of the person asking for protection that I pay his or her lawyer's fees and costs.

(14) Number of pages attached to this form, if any: _____

Date: _____

_____          ▶ _____
*Lawyer's name (if any)*                      *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____          ▶ _____
*Type or print your name*                     *Sign your name*

**WV-200** Proof of Personal Service

Clerk stamps date here when form is filed

FILED
Superior Court of California
County of Los Angeles

FEB 04 2020

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Veronica Cabrera

(1) **Petitioner (Employer)**
Name: Amazon.com Inc.

(2) **Employee in Need of Protection**
Name: Robert Ehrmentrout

(3) **Respondent (Person From Whom Protection Is Sought)**
Name: Derrick Lee

(4) **Notice to Server**
The server must:
- Be 18 years of age or older.
- Not be listed in items (1), (2), or (4) of Form WV-100.
- Give a copy of all documents checked in (5) below to the respondent. (You cannot send them by mail.) Then complete and sign this form and give or mail it to the petitioner.

Fill in court name and street address:
Superior Court of California, County of Los Angeles
111 N. Hill Street
Los Angeles, CA 90012

**PROOF OF PERSONAL SERVICE**

Court fills in case number when form is filed
Case Number:
20STRO00703

(5) I gave the respondent a copy of the forms checked below:
- a. ☒ WV-109, *Notice of Court Hearing*
- b. ☒ WV-110, *Temporary Restraining Order*
- c. ☒ WV-100, *Petition for Workplace Violence Restraining Orders*
- d. ☒ WV-120, *Response to Petition for Workplace Violence Restraining Orders* (blank form)
- e. ☒ WV-120-INFO, *How Can I Respond to a Petition for Workplace Violence Restraining Orders?*
- f. ☒ WV-130, *Workplace Violence Restraining Order After Hearing*
- g. ☒ WV-800, *Proof of Firearms Turned In, Sold, or Stored* (blank form)
- h. ☒ Other *(specify)*: (WV-120-info; WV250; WV-120-blank forms)

(6) I personally gave copies of the documents checked above to the respondent.
- a. On *(date)*: February 3, 2020  b. At *(time)*: 7:30 ☐ a.m. ☒ p.m.
- c. At this address: 710 Silver Valley Trail
  City: Walnut  State: CA  Zip: 91789

(7) **Server's Information**
Name: Gonzalo Ponce  Telephone: 213.922.9400
Address: 316 W. 2nd Street, Suite 1110
City: Los Angeles  State: CA  Zip: 90012

*(If you are a registered process server):*
County of registration: Los Angeles  Registration number: 2018065827

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: February 4, 2020

Gonzalo Ponce  ► _____
*Type or print server's name*  *Sign here*

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Optional Form
Code of Civil Procedure, §§ 527.8, 1017

**Proof of Personal Service**
(Workplace Violence Prevention)

WV-200, Page 1 of 1

# EXHIBIT A

4821-9170-2963v.1 0051461-002010

6771898851 – 1.27.20

| | |
|---|---|
| Joel: | Hi, thank you for calling Amazon seller support. This is Joel. How can I help you today? |
| Man: | What, what happened? Woops. Houdini. Cha-ching. Quit laughing. |
| Joel: | How can I help you sir. |
| Man: | You don't like that? |
| Joel: | Huh? |
| Man: | Why not. Why not. |
| Joel: | What do you mean, sir? I don't understand what you are talking about. |
| Man: | You don't understand shit, bitch. Cha-ching. |
| Joel: | Are you kidding me, sir? |
| Man: | Are you a fucking dumb ass. |
| Joel: | Hello. |
| Man: | Huh? Oh, you are. Are you pregnant? |
| Joel: | Are you okay, sir. Do you have a problem? Do you have a problem? |
| Man: | A problem, yeah. You're too poor. Any questions? |
| Joel: | I don't believe that, sir. |
| Man: | Huh? Thanks for verifying. Why you so poor? Bitch. |
| Joel: | It's not for verification, okay. |
| Man: | Huh, thanks for verifying anyways, bitch. |
| Joel: | What are you talking about, sir? |
| Man: | You don't like that? Huh. |
| Joel: | Do you know what you are talking about, sir? |
| Man: | Bitch. **Poor fucking piece of shit**. Huh? You don't like that. Well, that's too bad. |
| Joel: | I don't believe you. No. I like that, but I don't believe you, sir. |

2

| | |
|---|---|
| Man: | What the fuck are you talking about?  Shut the fuck up. |
| Joel: | Okay, sir. |
| Man: | Bitch.  What are you going to do about it huh?  What are you going to do about it?  What are you going to do, huh?  What are you going to do?  Nothing. |
| Joel: | I am not doing anything, sir. |
| Man: | Exactly, bitch.  **Poor piece of shit**.  Go fuck yourself.  Can't wait until you get terminated, you little bitch. |
| Joel: | You too, sir. |
| Man: | Shut the fuck up.  Huh? |
| Joel: | Okay. |
| Man: | Shut the fuck up.  Five feet, not even five feet.  **I will kick your ass.** |
| Joel: | Okay. |
| Man: | Uh oh.  You're not even five feet you little bitch.  Huh.  What.  You don't like that either.  Well, that's too bad drink milk then, bitch. |
| Joel: | I don't know what you are talking about, sir. |
| Man: | Perfect.  Thanks for verifying again. |
| Joel: | Yeah, perfect. |
| Man: | Bitch. |
| Joel: | Yeah. |
| Man: | Bitch, not even five feet.  **I can knock your ass out.  Knock your ass out. Bitch.** |
| Joel: | Oh, really. |
| Man: | What are you going to do about it?  Thanks for verifying. |
| Joel: | Laughs. |
| Man: | Exactly.  Call me _____ [02:25:8] bitch.  Uh oh. |
| Joel: | Okay, sir. |
| Man: | Oh really.  Hey, don't tell me no more bitch. |

3

Joel:   Do you have a problem, sir. Maybe I can help.

Man:    Have a problem? Yeah, you're too poor wanting to play rich. Thanks for verifying.

Joel:   Are you on a recording tape because…

Man:    Shut the fuck up.

Joel:   Are you a recording, sir?

Man:    Are you recording? I don't need to record.

Joel:   No.

Man:    Huh, it's not what you know it's what you can boom. You little bitch. Go fuck yourself.

Joel:   Oh, I see. I thought you were a recorded tape.

Man:    Bitch. Huh. You guys don't even record shit. I'm not going to record shit you little bitch.

Joel:   No sir, what I mean is that you talking, I thought you were a recording tape.

Man:    Ah. You're a fucking dumb ass.

Joel:   I'm sorry I thought that.

Man:    Bitch, go fuck yourself.

4821-9170-2963v.1 0051461-002019

# EXHIBIT B

6771800721 – 1.27.20

| | |
|---|---|
| Kit: | Hi, thank you for contacting Amazon partner support. My name is Kit. **Is this a call from a buyer or a seller?** |
| Man: | Let me talk to the supervisor. |
| Kit: | Um, sir before I will forward you to our supervisor let me just verify your seller account. |
| Man: | No. |
| Kit: | I'm sorry? |
| Man: | I said no. |
| Kit: | All right, sir. For us to proceed… |
| Man: | I don't even care. **Let me talk to your supervisor. Third time.** |
| Kit: | Yes, sir. Even though if I forward you to our supervisor, sir, still um… |
| Man: | **What did you just say bitch?** |
| Kit: | I'm sorry? |
| Man: | What did you just say? Did you say I. Is that what you kept saying? **Man, shut the fuck up.** Let me talk to your supervisor right now. All right. Yeah. I, I, you talk like a little kid. Let me talk to your supervisor now. Thank you. |
| Kit: | Yes, sir. Before anything else… |
| Man: | I don't really care. Shut the fuck up bitch. You talk like a little kid. See, you're still doing it. I, I, I. Fucking little kid. Let me talk to your supervisor. |
| Kit: | We need to verify for sure… |
| Man: | Shut the fuck up bitch. |
| Kit: | Let me talk to your supervisor since you talk like a little kid. Thank you. |
| Man: | I'm so sorry to hear that, sir. Even though… |
| Kit: | Okay, no wonder **you are the supervisor. Fuck up bitch. Why you acting scared? Fuck you.** |
| Man: | I'm not scared, sir. |
| Kit: | What do you mean? |

2

4812-0075-2362v 1 0051461-002010

Man:      **Shut the fuck up.** You talk like a little kid. Bitch. I knew it. Fucking fake supervisor. I can't wait for you to get terminated. What are you going to do about it little bitch. Huh? What are you going to do about it? Huh? What are you going to do about it? Huh. You little bitch. Fake supervisor talking like a little kid. I, I, I, fucking little kid. I can't wait for you to get terminated. What are you going to do about it bitch? You going to call the cops? Perfect. You will get arrested bitch.

Kit:      Sir if you will not stop giving profanity words I will...

Man:      Huh. Yeah, you're going to hang up the phone, but you are living in a trash can though. So what. All right. See you are still doing it there. I can't wait to report this to Jeff. Hey, you're going to live in a trash can. What are you going to do about it? Huh?

Kit:      I have no idea, sir?

Man:      Well, exactly you're not going to do anything about it. Any questions?

Kit:      No, sir.

Man:      Okay, bye.

3

# EXHIBIT C

4835-0019-4995v.1 0051461-002010

6771708091 – 1.26.20

| | |
|---|---|
| Operator: | Hello.  Thank you for calling Amazon partner support.  My name is _____.  Hello there.  How are you? |
| Man: | What happening?  What happened? |
| Operator: | Ummmm.  Well nothing really happened.  How about you, what happened? |
| Man: | Huh.  Customer note service.  You are scared of me.  You are scared of me. |
| Operator: | Uh huh.  So… There is shaking there tooth with fear here because you threaten to terminate them. |
| Man: | _____ [00:36:1] Huh.  How could customer service be scared of me?  Because I keep, I keep, I keep, I keep pursuing them on the phone every time. |
| Operator: | So how many customer service do you contact today? |
| Man: | I will _____ every single one.  100%.  Just like -- that's a record.  Every phone call to customer no service was a destroy.  That's 100% bounce back.  And so, I don't know why I'm so mean. |
| Operator: | Why are you being mean today? |
| Man: | Huh?  I don't know because I feel like something is going to happen. |
| Operator: | Uh huh. |
| Man: | Very soon.  I mean very soon. |
| Operator: | So is that the reason why you are being mean because um you expect something to happen? |
| Man: | Something is going to happen?  Absolutely.  Because something is going to be happening so that is why I am being mean on purpose. |
| Operator: | So it's not something that is good or it may be bad – because if you are being mean? |
| Man: | Wait, that's kind of confusing. |
| Operator: | Uh huh. |
| Man: | Something. I don't know.  Good for me, bad for someone else maybe.  That is why I am being mean today because something is going to happen in about one hour. |

2

| | |
|---|---|
| Operator: | What's going to happen after an hour? Will you allow me to know the secret? |
| Man: | Something big. Secret. Man, this is not a secret anymore. **Something big is going to happen. Something devastating** so I am being mean on purpose. |
| Operator: | Oh. |
| Man: | Huh. That, that, it's okay to be mean, right. |
| Operator: | Yeah, it's a free country but, those people who will be, you know... |
| Man: | _____ [2:50:0]. |
| Operator: | Yeah. Those people who will be affected. |
| Man: | What about it. Who cares? |
| Operator: | Well, very unfortunate for them. |
| Man: | Well, who cares? |
| Operator: | What about their families. |
| Man: | Who cares? |
| Operator: | You should care because, you know, I believe... |
| Man: | I got policies. Who cares? |
| Operator: | Uh huh. |
| Man: | Huh. Who cares? I decided they can live in a trash can. I decided that already so who cares. |
| Operator: | What? Oh. **I wish you would reconsider.** |
| Man: | **Nope. Nothing to reconsider. I already decided.** |
| Operator: | I'm sending an appeal. |
| Man: | Appeal? There is nothing to appeal, baby. Huh? |
| Operator: | You will be a seller performance right now so I'm sending that appeal to you. |
| Man: | Okay, go ahead. Send it but there is nothing to appeal. The only appeal is Cha-ching. Boom. |
| Operator: | It's a good thing that we are able to get in touch with you and you can respond back to us. |

3

4855-0015-4959v.1 005144100693

Man:        Cha-ching. There is nothing to appeal. The only appeal is Cha-ching. Boom.

Operator:   How about Einstein. Were you able to look up his IQ?

Man:        No. I don't have that kind of time, baby. I'm very VIP you know very important person. That is the only appeal.

Operator:   Uh huh.

Man:        You see, the only appeal possible is Cha-ching. Boom. That's the appeal. There is nothing else to appeal. So, so what happened? Huh.

Operator:   I don't know what is going to happen next.

Man:        I already told you what is going to happen. In one hour something big is going to happen.

Operator:   Yeah, because you are so brilliant, because you said you are so brilliant.

Man:        Well you verified it. I already told you something big is going to happen. So before it happens I am being to customer no service on purpose.

Operator:   No service on purpose.

Man:        That's why I'm being mean. So that way they can't say, what do you mean I didn't tell them? What do you mean I didn't tell you guys? I am being mean on purpose for a reason. Huh? Oh perfect.

Operator:   That's too bad.

Man:        So I'm going to – which one.

Operator:   You are not going to, you know, accept um appeals with a plan of action.

Man:        No. I already told you the only appeal is Cha-ching. Boom. That is the appeal. There is nothing to appeal because if you want to appeal – that is my response. You see?

Operator:   Okay.

Man:        I'm burning baby. Uh. That that part was fun. And any appeal I am going to automatically reply Cha-ching. Boom. So there is nothing to appeal.

Operator:   Okay. Are you going to like...

Man:        _____ [6:13:2]

Operator:   No, are you going to call some more – other customer service.

4

Man:    I don't know. Maybe if I get bored I will call them more, but I don't want to talk to them anymore. Because I already decided. There is nothing to appeal because if they are smart enough or dumb enough to appeal every response is going to be the same thing anyways. Cha-ching. Boom. Every time, that is my response. So they can appeal as many times as they want, my response is going to never change anyways. So they are just wasting their time and they are wasting my time.

Operator:    So it's like an automated response from you.

Man:    Exactly. I'm going to – any appeal good or bad or in the middle appeal, it is always going to be the same. Nothing is going to change. Maybe it would change if they did a boom boom. If they got one agent who is good at boom boom. Maybe I will change a little bit, but I doubt it. They are probably all ugly and fat anyways.

Operator:    By the way can I have you come up with an answer to Einstein's IQ?

Man:    No, but I know about – wait I don't know how to say it. I feel kind of strange and I forgot what I was going to say. Relative... something else it was close to it though. Let me go look it up. I will call you guys back. I got something to do right now.

Operator:    Sure, okay. Okay, go ahead.

Man:    I will call you back, baby. Bye.

Operator:    Bye for now.

5

# EXHIBIT D

4812-6732-5811v.1 0051461-002010

6743247571 – 1.13.20

| | |
|---|---|
| Operator: | Hi, thank you for calling Amazon seller support. My name is _____. May I have an email address of your seller account? |
| Man: | Man, shut the fuck up. You're getting terminated, man. Shut the fuck up. **Game over now. I don't care what you say.** |
| Operator: | Can you tell me your email address? |
| Man: | Shut the fuck up man. You're getting terminated and I didn't even do it anyways. Amazon did it. It could be anytime. Now it's guaranteed. |
| Operator: | We just need a sellers account with an email address. |
| Man: | I don't care what you assume. I can't believe I didn't find you living in a trash can in the inside. _____ [00:33:40]. Stop being a little bitch and this wouldn't happen anyways. |
| Operator: | Are you a buyer? |
| Man: | Don't worry about it. We will let the _____ know what is going on. Thanks for all the money. You're being terminated. You know what it feels like to live in a trash can forever? Well you're going to have to know what it is now. |
| Operator: | You need to contact the customer service. |
| Man: | For what? For what? |
| Operator: | We only assist seller's on Amazon. |
| Man: | Oh really? You can assist me. Why aren't you rich? Do you like that? You must hate that huh. What are you going to do about it? Call the cops? Like I said, go ahead. You going to call the court go ahead. Yeah, that's what happens. You want to play dumb then live in that trash can. That's where dumb people belong anyways out of nowhere. _____ [1:20:8] it's time to move on. At least you get your last paycheck though but that's it. So sorry you live in a trash can where you rightfully belong. <<Laughs.>> Bye. |

2

4812-8710-9813v.1 0051461-000010

# EXHIBIT E

### Exhibit E

### Transcript of December 13, 2019

| | |
|---|---|
| Amazon: | Hi, thank you for calling Amazon selling partner support. This is Guinevere. My I have your name please? |
| Lee: | Ma'am. Look terminator. What happened? |
| Amazon: | Hi terminator. Can I please have the name or address registered on your seller's account? |
| Lee: | Do you like that, baby? At Amazon.com. |
| Amazon: | Oh, I'm sorry sir, but I was not able to pull it up. Can you spell it out for me? |
| Lee: | Fuck spelling things. Do you like that, baby, or not? |
| Amazon: | I'm sorry I am still not able to pull up an account under that email address. Can you spell it out for me? |
| Lee: | I didn't say that. Do you like that, baby? Do you understand English? Or you don't like that, baby? Simple. |
| Amazon: | I was not able to pull up an account under your email address. |
| Lee: | What do you mean? I think you like that. |
| Amazon: | Can I have your email address registered on your seller's account? |
| Lee: | Do you understand English? Do you like that or not, **bitch**? Damn. |
| Amazon: | Okay this will be a warning for saying profane language. |
| Lee: | Huh. Oh you don't understand English. You don't like that, you don't like that **bitch**? Ah fuck that. Too bad. Life goes on, **bitch**. |
| Amazon: | This will be your second warning. |
| Lee: | Shut up, **bitch** it already happened. **Fucking go suffocate.** |
| Amazon: | Third warning. |
| Lee: | Okay. **Bitch** whatever you say. It's too late now, **bitch**. |
| Amazon: | Thank you so much for calling Amazon. Please find a - |
| Lee: | Yeah, fuck amazon **bitch** ass ho. |

2

# EXHIBIT F

## Exhibit F

### Transcript of December 10, 2019 Call

Amazon:  Thank you so much for contacting Amazon selling partner support, my name is Louis. Can I have your email address please?

Lee:  Huh? What do you mean you don't like that? What do you mean? Too bad man. Yeah, getting close.

Amazon:  Ah, I –

Lee:  **Getting really close**. Yeah, I can see everything in the dark. I see how it's been now. Yeah. I see how to play this game now. Yeah, I just keep on attacking you guys until it works. Okay, now I get it. Yeah, I didn't know at first because I was really confused. Now, it's making a lot of sense. Yeah. **It's gonna be over soon**, man. I see what's going on. I could get you. Yeah, I'm **fighting you guys** and I am almost fricking pretty. Almost. Yeah. Just a few more hits. Just a few more.

Amazon:  Okay, sir.

Lee:  Yeah, and then I will take full control like that. Yeah. Simple. See, I know how to operate a game now. Damn, it took me a long time to figure this part out. Yeah, gain control slowly. Oh the big one.

Amazon:  Uh huh.

Lee:  I'm just testing it now so I know what to do.

Amazon:  I see. Sure.

Lee:  Just don't tell me. That's not my fault. You guys don't tell me and you I have to figure it out for myself what they did.

Amazon:  Uh huh.

Lee:  Harder, it goes from pretty fast to damn they are so damn slow all of the sudden. I don't – I don't need to – something really small too, very small. Huh. It's not supposed to do that. It's only supposed to do that for something big. Are you fucking small. Why you growing so damn – oh no wonder, it's working.

Amazon:  Uh huh.

Lee:  I know how to play the game now. What – it's going to be over in like two hours or less. I guarantee it. I already know what is happening now.

Amazon:  Uh, that's good to hear, sir.

2

Lee:        I actually know how to play shit man.  You think this is easy.  This shit is all over the place. Everywhere.  **I'm trying to shoot something**, right, and I can't do it – I don't know how to do it – so what do you expect me to do?!  I download everything that I can find that is useful and see what – damn.  Fast or slow.  Huh? Fast or slow, huh.  Really, huh.

Amazon:     Uh huh.

Lee:        I can't do anything.  It's not like a small fucking – it's not supposed to happen. So I know how to play the game now.  Maybe **it's going to be over soon** man. Any questions?

Amazon:     I understand sir.  So I – would there be –

Lee:        Okay, right?

Amazon:     Yes.

Lee:        Okay, bye.

3

# EXHIBIT G

## Exhibit G

### Transcript of December 7, 2019 Call

| | |
|---|---|
| Amazon: | Thank you for contacting Amazon seller support. My name is-- |
| Lee: | What happened? **Shut up, bitch. Shut up bitch.** What happened? |
| Amazon: | May I have the email address register to the account. |
| Lee: | Huh? Shut up, bitch. Man, fuck you. **What happened bitch, are you scared?!** Huh? |
| Amazon: | Are you a seller on Amazon? |
| Lee: | Are you fucking retarded. |
| Amazon: | So you are not a seller? |
| Lee: | Shut up, bitch. Are you fucking retarded? |
| Amazon: | No, I am not. |
| Lee: | Yeah, you are! You fucking little piece of shit. |
| Amazon: | Do you have any email address? |
| Lee: | Man, **fuck you.** Shut up, bitch. Don't ask me what to do! What the fuck is your problem, bitch! Don't ask me what to do. What the fuck is your problem, bitch? |
| Amazon: | So you are a buyer? |
| Lee: | Shut the fuck up, you little bitch. Are you fucking retarded? Huh? |
| Amazon: | Did you purchase something on Amazon? |
| Lee: | Man, shut the fuck up. Are you retarded? |
| Amazon: | If you are not a buyer – so you are not a seller – |
| Lee: | Man, shut the fuck up. I don't know what the **fuck you** are talking about. Are **you fucking retarded** or what? Piece of shit! |
| Amazon: | What are you trying to reach out? |
| Lee: | What are you trying to reach out? Stop talking in a circle, **you fucking retard.** Are you stupid or what? |
| Amazon: | Is that your email address? |

2

| | |
|---|---|
| Lee: | **Bitch. Shut the fuck up**. Stop going in a circle you fucking shit. Are you fucking retarded, huh? |
| Amazon: | If you don't have any seller's account, either you are a buyer. |
| Lee: | Man, **shut the fuck up you little bitch**. Talking in a circle. |
| Amazon: | Would you like to sell on Amazon? |
| Man: | Man, **shut the fuck up you little bitch! You fucking poor ass piece of shit!** |
| Amazon: | I can help you sell on Amazon. |
| Lee: | Man, shut the fuck up. Why don't you help yourself, **fucking retard.** Going in a fucking circle. That's all you fucking do. Fucking fake ass – |
| Amazon: | How about searching – how about we just brought up during the holiday season. |
| Lee: | How about shut the fuck up and stop going in a fucking circle. That's all you fucking do. Fake ass B. Huh. Fake ass B. |
| Amazon: | Would you like to have something during the holiday season. |
| Lee: | Man, shut the fuck up. And fuck Kumar too. Fuck your mom and fuck seller performance. You little bitch. |
| Amazon: | It's already the holiday season. |
| Lee: | Shut up, bitch! I don't care what it is! Fucking fake ass B. Fuck seller performance **you little shit**. Hang up the fucking phone. Shut the fuck up, huh. Fucking piece of **shit**. Hang up the phone. |
| Amazon: | You are a seller and I think you are a seller– |
| Lee: | Man, shut the fuck up. Stop going around in fucking circles. Fake ass b. |
| Amazon: | –at Amazon. Can you provide me the email address of your account? |
| Lee: | Man, **shut the fuck up!** Fucking fake seller performance. Fucking getting caught on the phone like all your **fucking dumb ass colleagues like you**. Man fuck you, fuck Amazon, and fuck seller performance. You pissed off now?! Catching, bitch. |
| Amazon: | Do you have any email address? |
| Lee: | Man, shut the fuck up. I didn't tell you to say email address. Shut the fuck up. Fucking piece of **shit**. Fuck you and fucking fuck your momma too on top of that. Fuck seller performance, fuck Amazon you little bitch. Hang up the fucking phone. |

3

Amazon:  So do you have an email address?

Lee:  Man, shut the fuck up! I didn't authorize you to say that. Fucking retard. Are you pissed off now?! You like that, bitch? Hey, you like that bitch? You like that, or what?

Amazon:  Are you trying to reach out to the seller performance team?

Lee:  Man shut the fuck up. Yeah, why don't you try to transfer the phone to the fucking real seller's performance, you little bitch? Do it now.

Amazon:  We don't have a phone support for our seller performance team.

Lee:  Shut the fuck up bitch. Stop going in a fucking circle, you piece of shit.

Amazon:  You can contact directly them too.

Lee:  Yeah, shut the fuck up. Exactly, shut the fuck up. You got caught you little bitch. Transfer the fucking phone. You didn't transfer me and you got caught. I told you stop going in fucking circles, you little bitch, and you keep doing it! You fucking retard! Hang up the fucking phone.

Amazon:  I will be needing the email address before I can look up your seller's account.

Lee:  Shut the fuck up, you little bitch! Hang up the fucking phone, you little shit! Fucking going in a circle, fake seller performance. Man, stop getting caught you little bitch, and press the move button this time, mother fucker! I don't want to talk to your dumb ass ever again.

Amazon:  This is not seller performance.

Lee:  Huh.

Amazon:  This is not seller performance.

Lee:  Transfer the fucking phone then. Then transfer the phone then. Transfer the phone.

Amazon:  Seller performance doesn't have a phone number.

Lee:  Man, I don't give a shit what you said! Hang up the phone, you little bitch. Getting caught, you like that mother fucker?! Hey, you like that, little bitch? Hey, you like that? Hey, you like that little bitch? Man, fuck you.

Amazon:  I can give you only the email address.

Lee:  I don't give a shit what you say! You like that, bitch. Hey, you like that? You like that, little bitch? You fuckers got caught. Hey, you like that little bitch, huh?

4

You like that bitch?  Huh?  You like that or what, you,little bitch?  Huh?  Fucking piece of shit wasting my time.  You like that or what?  Biiitch.  Fuck you.

# EXHIBIT H

<u>Exhibit H</u>

**Transcript of December 7, 2019 Call**

| | |
|---|---|
| Amazon: | Thank you for calling Amazon seller support.  This is Jewel, how can I help. |
| Lee: | Huh?  What happened?  You like that, huh? |
| Amazon: | Uh, sure. |
| Lee: | What happened.  You don't like that?  Huh.  Why not?  Huh. |
| Amazon: | What exactly happened, sir? |
| Lee: | What do you mean? |
| Amazon: | Well you've reached Amazon seller support - |
| Lee: | Yeah, perfect.  Why you don't like that, huh? |
| Amazon: | Is there something that I can assist you in terms of a seller account. |
| Lee: | Yeah, you like that or what?  You don't like that or what?  Which one? |
| Amazon: | I don't understand your question, sir. |
| Lee: | What do you mean?  You like that or not? |
| Amazon: | No.  What is it that you are asking exactly? |
| Lee: | You like that, or you don't like that! |
| Amazon: | Like what exactly, sir? |
| Lee: | What do you mean you don't like that?  Huh, okay.  I hate repeating, so here we go.  **Okay, you want more dead**?! More proof? **Who else wants to get terminated?** Huh? |
| Amazon: | Why is that - |
| Lee: | **Who else wants to get terminated?  Huh?** |
| Amazon: | No one, sir. |
| Lee: | What do you mean?  Then why didn't you comply the first time, huh?  Why don't you comply the first time?  Stop being like the rest- |
| Amazon: | Comply – I am not exactly sure. |

2

Lee:       What? **You want more dead?! Who else wants to get terminated?!** Huh?

Amazon:    Well, no one, sir.

Lee:       What do you mean? Then why didn't you comply the first time, then? Who else wants to get terminated, huh? I thought it's just a fucking game anyways. Huh?

Amazon:    Sir, I would have to advise you not to use that language.

Lee:       Don't tell me what to do! Okay. You want to play your little fucking game? Who else wants to get – don't tell me what to do.

Amazon:    I'm sorry – I've warned you.

Lee:       Bottom trashers.

Amazon:    Please stop from using that language.

Lee:       Huh. Don't tell me what to do, fake ass seller performance! Let's see who else wants to get terminated?! Let's see. Not enough damages?! Okay, let's see who else. Let's see, let's see, let's see here. Control set one. How about number two. Number two, number two, number two, number two. Who else wants to get terminated. Let's see. One? Oh, already on two. Let's see oh, who – oh [stuttering]. Oh, I already did that one. Let's see. Oh yeah, yeah I forgot. Let **me phase to terminate now. Uh, here we go.** [shooting sounds] **Huh, oh wait, it already went through.** [shooting sounds] **Too bad. Life goes on.**

# EXHIBIT I

## Exhibit I

### Transcript of November 12, 2019 Call

| | |
|---|---|
| Amazon: | Thank you for contacting us at Amazon selling partner support, my name is Quentin, may I know your registered email with Amazon? |
| Lee: | **Who wants to get terminated**? Guaranteed. At Amazon dot com. |
| Amazon: | Yeah, can you just state that for me? |
| Lee: | No. |
| Amazon: | Sir, I want the registered email – |
| Lee: | I am not gonna play your spelling bullshit game, nope. |
| Amazon: | So can you let me know your phone number registered with Amazon? |
| Lee: | Huh, I don't have a phone number register, fuck Amazon. |
| Amazon: | Sir without phone number or email address – |
| Lee: | I never registered any phone number. I'm not gonna play your spelling bullshit thing either. You wanna know why? Because I said so. Let me warn you, **you better watch what you say, bitch. You make a mistake, and my colleagues might have to do something about you. So you better think before you say anything. It's my only warning. You think this is a game? Huh?** |
| Amazon: | Sir, I understand but we need email address for verifying the accounts. |
| Lee: | You answer, you comply the first time. I asked you a simple question, so you better answer it. Correctly. So let's try again. **Who wants to get terminated?** Guaranteed. Think before you say anything. **You make a mistake, you're gonna regret it.** |
| Amazon: | I understand, but we need the email address, sir, without – |
| Lee: | Do you understand English, bitch? |
| Amazon: | Sir, I request – |
| Lee: | Do you? |
| Amazon: | Sir, I request – |

Lee:       You don't request anything. Don't tell me what to do, **you bottom trash.** I tell you what to do. You don't request anything. So. Are you gonna – are you gonna comply and answer the question, or not? Huh?

Amazon:     Sir, without verifying the account –

Lee:       Are you gonna comply or not? Huh?

Amazon:     Sir, without verifying –

Lee:       You're refusing to comply? You're refusing to comply? Huh?

Amazon:     Sir, we –

Lee:       You're refusing? Huh? Oh. No wonder, you are refusing. Uh-huh. I already gave it to you. I already gave it to you. You're refusing to comply, you're acting like a **little bitch,** huh? Is that what you're doing? Refusing to comply. Strike one. Bitch.

3

# EXHIBIT J

## Exhibit J

### Transcript of October 20, 2019 Call

| | |
|---|---|
| Amazon: | Thank you for contacting Amazon seller support, my name is Kaitlin, may I ask who I'm speaking with? |
| Lee: | Uh – uh – ready to – **ready to terminate** all your bosses. |
| Amazon: | Can I please get the email on your account? |
| Lee: | No. |
| Amazon: | How can I assist you then? |
| Lee: | I'm ready to terminate all your bosses.  Is that okay? |
| Amazon: | Well, I can only assist you if I can get on with your email, and – |
| Lee: | Um, just try to be nice because I'm doing things these days.  Is that okay or what?  Huh? |
| Amazon: | I mean, I wouldn't want you to do that, but how can I get into your account and help you? |
| Lee: | Ah – I don't need your help though, that's the thing. |
| Amazon: | Well then if you don't need my help then, can I ask why you called in? |
| Lee: | That's exactly why – I'm ready to terminate all your bosses for getting caught violating policy.  That's it.  I'm taking consideration, thank you. 'Bye. |
| Amazon: | Um-hum? |

# EXHIBIT K

4833-6119-3395v.1 0051461-002000

## Exhibit K

### Transcript of Call

| | |
|---|---|
| Amazon: | Hi, thank you for contacting Amazon selling partner support, this is Mary, may I have your name, please? |
| Lee: | Huh? Getting ready. |
| Amazon: | Hello? |
| Lee: | I love to play games. |
| Amazon: | Hello? |
| Lee:. | Yes. |
| Amazon: | Can you hear me, sir? |
| Lee: | What do you mean? |
| Amazon: | Can you hear me? |
| Lee: | Just shut the fuck up. |
| Amazon: | I'm sorry? |
| Lee: | You heard me. **Did you know that I can take everything?** Yeah. I'm **lethal. I can and I will. So don't play games with me in the future. Or this is gonna happen. I take all-- eeeeeeeeeverything. The house, the car, the dog, the towel, the bathroom, the paper, everything.** |
| Amazon: | [gasps] |
| Lee: | **I take it and I have no sympathy, I have no remorse.** Did you know that? You guys clearly made a bad choice, and it's already over. I tested it. So I know what to do. **You guys can't even stop it –** |
| Amazon: | Um, excuse me, sir, did you need assistance with Amazon selling partner support? |
| Lee: | Hell no, I don't. I'm just messing with you guys now. Thanks for all the billions of dollars or the stupid game after all. Take care. |
| Amazon: | Yes, sir, sorry, bye-bye. |

4353-6119-2395v.1 005146)-002030

# EXHIBIT L

## Exhibit L

### Transcript of Call

| | |
|---|---|
| Amazon: | Thanks for contacting Amazon selling partner support.  This is Greg. Can I get the email address associated with the - |
| Lee: | I hate bitches. |
| Amazon: | Hello? |
| Lee: | Yeah.  Are you a bitch? |
| Amazon: | Am I? |
| Lee: | Yeah, you are.  You're my bitch now.  All of you guys.  Bitch. |
| Amazon: | I'm sorry I didn't understand you, sir. |
| Lee: | You don't understand me?  No wonder, because you are a bitch.  You guys all work for me.  Guess what. **Don't ever play games with me ever again.  I'll just take everything.  You don't believe me?!** |
| Amazon: | It sounds - **are you threatening me, sir**? |
| Lee: | **Shut up, bitch!** |

_____

2

# EXHIBIT M

<u>Exhibit M</u>

Transcript of Call

Amazon:   That you for calling Amazon seller support. My name is Jasmine. What is the email associated with your selling account?

Lee:   Guess what? Bitch.

Amazon:   Huh?

Lee:   You know how I kill someone? Put them in the trash. Where they rightfully belong. You guys are all trash. You guys all work for me moving forward. Don't tell me what to do. Don't act funny. And don't play games. Because guess what, I'll take everything in the end. Do you think I am scared of you guys? You guys are scared of me. Don't ever make a mistake and play games with me ever again. Are we clear? Hey bitch, are we clear?

Amazon:   You have to keep this call professional if we are going to move forward.

Lee:   Fuck you! Are we clear or not, bitch? I'll take everything right now if you play games. Are we clear or not, bitch? That's what I thought – you're scared.



From:
Derrick Lee
710 Silver Valley Trail
Walnut CA 91789

To:
Clerk of Court
255 East Temple Street
Suite TS-134
Los Angeles CA 90012

UNITED STATES POSTAL SERVICE    Retail

P    US POSTAGE PAID    $9.20    Origin: 91715
05/16/20
0501080706-14

PRIORITY MAIL 1-DAY ®

3 Lb 15.90 Oz
1021

EXPECTED DELIVERY DAY: 05/18/20

SHIP TO:
255 E TEMPLE ST
LOS ANGELES CA 90012-3332

TS-134    C032

USPS TRACKING® NUMBER

9505 5126 7938 0137 3983 68